# EXHIBIT 1

Free standard shipping on orders over $35!



What are you looking for?



# Weeds

Get rid of unwanted weeds

## Applied Filters

Clear All

### Size

### Weed Location

### Weed Type

### Control Type

### Applicator Type



Ortho® GroundClear® Weed & Grass Killer Super Concentrate1

**From $18.49**



Ortho® GroundClear® Super Weed & Grass Killer

**From $27.99**



Ortho® Groundclear® Weed & Grass Killer Super Concentrate1

**$22.99**



Ortho® Groundclear® Year Long Vegetation Killer

**From $28.99**



Ortho® Groundclear® Year Long Vegetation Killer1

**From $13.99**



Ortho® WeedClear™ Lawn Weed Killer (North)

**From $12.99**







Ortho® WeedClear™ Weed
Killer for Lawns

Ortho® WeedClear™ Lawn
Weed Killer (South)

Ortho® Groundclear®
Poison Ivy & Tough Brush
Killer

**From $11.49**

**From $12.99**

**From $20.99**







Ortho® Groundclear® Weed
& Grass Killer

Ortho® Nutsedge Killer For
Lawns

Ortho® Weed B-Gon™ Lawn
Weed Killer

**From $18.99**

**$20.49**







Ortho® Weed B-Gon™ Lawn
Weed Killer Ready-To-Use
Refill

Ortho® Weed B-Gon™ Lawn
Weed Killer + Crabgrass
Control

Ortho® Weed B Gon Plus
Crabgrass Control Ready-To-
Use2 Trigger Sprayer







Ortho® Grass B Gon Garden
Grass Killer

Ortho® Weed B Gon
Chickweed, Clover & Oxalis
Killer for Lawns Ready-To-
Spray

Ortho® Weed B Gon Weed
Killer for St. Augustinegrass
Ready-To-Spray

**$21.49**







Ortho® Weed B Gon
Chickweed, Clover & Oxalis
Killer for Lawns Concentrate

Ortho® Rose & Flower
Disease Control Concentrate

Ortho® Dial N Spray® Hose
End Sprayer

**$17.49**

### Find Us

### Shop

### Learn

### Support

Animals

Insect Control

Order Status

Insects

Weed Control

Contact Us

Weeds

Garden

Return Policy

Shop All

Show All Articles

Our Brands

Investor Relations

Careers

Privacy Notice   Conditions of Use   About Cookies   About Interest Based Ads
Do Not Sell or Share My Personal Data   Accessibility Statement   Promo Terms

© 2002-2023 The Scotts Company LLC. World rights reserved.

Country

Language

US   Canada

English