# Exhibit A

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,991,191
Registered Sep. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



OMS INVESTMENTS, INC. (DELAWARE CORPORATION)
10250 CONSTELLATION BOULEVARD
SUITE 2800
LOS ANGELES, CA 90067

   FOR: TURF ALGAECIDE, TURF FUNGICIDE AND TURF PESTICIDE FOR AGRICULTURAL AND DOMESTIC USE; INSECTICIDES, PESTICIDES, FUNGICIDES, HERBICIDES, RODENTICIDES, MITICIDES, AND PARASITICIDES FOR DOMESTIC USE; BIOLOGICAL INSECT SPRAY CONCENTRATE FOR OUTDOOR HOME AND GARDEN USE; SOIL FUNGICIDES, DRY GRANULAR HERBICIDES SOLD TO PROFESSIONAL NURSERIES AND LAWN CARE SERVICES, AND USED IN CONNECTION WITH TURF AND ORNAMENTAL PLANTINGS; ANIMAL REPELLENTS, ANIMAL POISONS, PREPARATIONS FOR DESTROYING VERMIN, INSECT REPELLENTS, INSECT REPELLENT IN TOPICAL FORM; FLEA KILLER, FIRE ANT BAIT, FIRE ANT GRANULES, TERMITE, CARPENTER ANT AND FIRE ANT KILLER FOR DOMESTIC USE; HERBICIDES MIXED WITH FERTILIZERS FOR DOMESTIC USE; PESTICIDE, NAMELY, SLUG AND SNAIL BAIT FOR DOMESTIC USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

   FIRST USE 12-31-1995; IN COMMERCE 12-31-1995.

   THE COLOR RED IS CLAIMED AS A FEATURE OF THE MARK.

   THE MARK CONSISTS OF A RED RECTANGLE.

   SEC. 2(F).

   SER. NO. 76-568,151, FILED 12-22-2003.

CAROLYN GRAY, EXAMINING ATTORNEY

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                                         Back to Search                    Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-04-20 11:51:38 EDT |
| Mark: |  |
| US Serial Number: | 76568151 |
| US Registration Number: | 2991191 |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: |  LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. |
| Status Date: | Dec. 30, 2014 |
| Publication Date: | Jun. 14, 2005 |
| Application Filing Date: | Dec. 22, 2003 |
| Registration Date: | Sep. 06, 2005 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| Color Drawing: | Yes |
| Color(s) Claimed: | The color red is claimed as a feature of the mark. |
| Color Location: | The mark consists of a red rectangle. |
| Acquired Distinctiveness Claim: | In whole |
| Design Search Code(s): | 26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | [ turf algaecide, turf fungicide and turf pesticide for agricultural and domestic use; ] insecticides, pesticides, fungicides, herbicides, rodenticides, miticides [, and parasiticides for domestic use ]; biological insect spray concentrate for outdoor home and garden use; [ soil fungicides, dry granular herbicides sold to professional nurseries and lawn care services, and used in connection with turf and ornamental plantings; animal repellents, ] animal poisons, preparations for destroying vermin, insect repellents, insect repellent in topical form; flea killer, fire ant bait, fire ant granules, termite, carpenter ant and fire ant killer for domestic use; [ herbicides mixed with fertilizers for domestic use; ] pesticide, namely, slug and snail bait for domestic use |
| International Class(es): | 005 - Primary Class |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Dec. 31, 1995 |
| U.S Class(es): | 006, 018, 044, 046, 051, 052 |
| Use in Commerce: | Dec. 31, 1995 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | OMS INVESTMENTS, INC. |
| **Owner Address:** | 10250 Constellation Boulevard<br>Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Robert Morgan |
| **Attorney Primary Email Address:** | trademarks@scotts.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Robert Morgan<br>OMS Investments, Inc.<br>10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Correspondent e-mail:** | trademarks@scotts.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 16, 2022 | TEAS SECTION 7 REQUEST RECEIVED | |
| Nov. 15, 2022 | POST REGISTRATION ACTION MAILED NO RESPONSE REQUIRED | 30098 |
| Nov. 15, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 30098 |
| Oct. 21, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Oct. 23, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 23, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 30, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 30, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75461 |
| Dec. 30, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Dec. 24, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Dec. 04, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 28, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 28, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 74886 |
| Sep. 28, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Sep. 05, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 06, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 14, 2005 | PUBLISHED FOR OPPOSITION | |

| | | |
|---|---|---|
| May 25, 2005 | NOTICE OF PUBLICATION | |
| Feb. 24, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Feb. 24, 2005 | ASSIGNED TO LIE | 70997 |
| Feb. 18, 2005 | ASSIGNED TO LIE | 76538 |
| Feb. 16, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 05, 2004 | AMENDMENT FROM APPLICANT ENTERED | 70629 |
| Oct. 28, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70629 |
| Oct. 28, 2004 | PAPER RECEIVED | |
| Jul. 27, 2004 | NON-FINAL ACTION MAILED | |
| Jul. 12, 2004 | ASSIGNED TO EXAMINER | 67523 |
| Jan. 16, 2004 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 111  **Date in Location:** Nov. 15, 2022

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

Reg. No. 2,991,195

United States Patent and Trademark Office

Registered Sep. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



OMS INVESTMENTS, INC. (DELAWARE CORPORATION)
10250 CONSTELLATION BOULEVARD
SUITE 2800
LOS ANGELES, CA 90067

    FOR: TURF ALGAECIDE, TURF FUNGICIDE AND TURF PESTICIDE FOR AGRICULTURAL AND DOMESTIC USE; INSECTICIDES, PESTICIDES, FUNGICIDES, HERBICIDES, RODENTICIDES, MITICIDES, AND PARASITICIDES FOR DOMESTIC USE; BIOLOGICAL INSECT SPRAY CONCENTRATE FOR OUTDOOR HOME AND GARDEN USE; SOIL FUNGICIDES, DRY GRANULAR HERBICIDES SOLD TO PROFESSIONAL NURSERIES AND LAWN CARE SERVICES, AND USED IN CONNECTION WITH TURF AND ORNAMENTAL PLANTINGS; ANIMAL REPELLENTS, ANIMAL POISONS, PREPARATIONS FOR DESTROYING VERMIN, INSECT REPELLENTS, INSECT REPELLENT IN TOPICAL FORM; FLEA KILLER, FIRE ANT BAIT, FIRE ANT GRANULES, TERMITE, CARPENTER ANT AND FIRE ANT KILLER FOR DOMESTIC USE; HERBICIDES MIXED WITH FERTILIZERS FOR DOMESTIC USE; PESTICIDE, NAMELY, SLUG AND SNAIL BAIT FOR DOMESTIC USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

    FIRST USE 12-31-1995; IN COMMERCE 12-31-1995.

    THE COLORS RED AND BLACK ARE CLAIMED AS A FEATURE OF THE MARK.

    THE MARK CONSISTS OF A RED RECTANGLE WITH BLACK BORDER.

    SEC. 2(F).

    SER. NO. 76-568,421, FILED 12-22-2003.

CAROLYN GRAY, EXAMINING ATTORNEY

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS   DOCUMENTS   MAINTENANCE                                    Back to Search        Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-04-20 11:55:19 EDT |
| Mark: | |
| US Serial Number: | 76568421 |
| US Registration Number: | 2991195 |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: |  LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. |
| Status Date: | Dec. 30, 2014 |
| Publication Date: | Jun. 14, 2005 |
| Application Filing Date: | Dec. 22, 2003 |
| Registration Date: | Sep. 06, 2005 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| Color Drawing: | Yes |
| Color(s) Claimed: | The colors red and black are claimed as a feature of the mark. |
| Color Location: | The mark consists of a red rectangle with black border. |
| Acquired Distinctiveness Claim: | In whole |
| Design Search Code(s): | 26.11.20 - Rectangles inside one another<br>26.11.21 - Rectangles that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | [ turf algaecide, turf fungicide and turf pesticide for agricultural and domestic use; ] insecticides, pesticides, fungicides, herbicides, rodenticides, miticides[, and parasiticides for domestic use ]; biological insect spray concentrate for outdoor home and garden use; [ soil fungicides, dry granular herbicides sold to professional nurseries and lawn care services, and used in connection with turf and ornamental plantings; animal repellents, ] animal poisons, preparations for destroying vermin, insect repellents, insect repellent in topical form; flea killer, fire ant bait, fire ant granules, termite, carpenter ant and fire ant killer for domestic use; [ herbicides mixed with fertilizers for domestic use; ] pesticide, namely, slug and snail bait for domestic use | | |
| International Class(es): | 005 - Primary Class | U.S Class(es): | 006, 018, 044, 046, 051, 052 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Dec. 31, 1995 | Use in Commerce: | Dec. 31, 1995 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | OMS INVESTMENTS, INC. |
| **Owner Address:** | 10250 Constellation Boulevard<br>Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert Morgan | | |
| **Attorney Primary Email Address:** | trademarks@scotts.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Robert Morgan<br>OMS Investments, Inc.<br>10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 | | |
| **Correspondent e-mail:** | trademarks@scotts.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 16, 2022 | TEAS SECTION 7 REQUEST RECEIVED | |
| Nov. 15, 2022 | POST REGISTRATION ACTION MAILED NO RESPONSE REQUIRED | 30098 |
| Nov. 15, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 30098 |
| Oct. 21, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Oct. 23, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 23, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 30, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 30, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75461 |
| Dec. 30, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Dec. 24, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Dec. 04, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 28, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 28, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 74886 |
| Sep. 28, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Sep. 05, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 06, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 14, 2005 | PUBLISHED FOR OPPOSITION | |

| | | |
|---|---|---|
| May 25, 2005 | NOTICE OF PUBLICATION | |
| Feb. 24, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Feb. 24, 2005 | ASSIGNED TO LIE | 70997 |
| Feb. 18, 2005 | ASSIGNED TO LIE | 76538 |
| Feb. 16, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 05, 2004 | AMENDMENT FROM APPLICANT ENTERED | 70629 |
| Oct. 28, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70629 |
| Oct. 28, 2004 | PAPER RECEIVED | |
| Jul. 27, 2004 | NON-FINAL ACTION MAILED | |
| Jul. 12, 2004 | ASSIGNED TO EXAMINER | 67523 |
| Jan. 20, 2004 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 111 | **Date in Location:** | Nov. 15, 2022 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load