# Exhibit B

Free shipping on orders over $35!

 

SHOP   LEARN   OUR PURPOSE



## Take Control of Weeds & Bugs

SHOP ALL →



Ortho® Home Defense® MAX® Indoor Insect Barrier

From $14.99



Ortho® Home Defense® MAX® Indoor Insect Barrier 1.5L

$14.99



Ortho® GroundClear® Super Weed & Grass Killer

From $27.99



Ortho® GroundClear® Weed & Grass Killer Super Concentrate1

From $18.49





## A Guide to Spring Weeds & Bugs

LEARN MORE →



**Common House Spiders**

Though most common house spiders aren't dangerous to humans, you don't necessarily want them hanging around your home.

Read More →



**How To Kill Wild Onion And Garlic In The Lawn**

These common weeds smell like their namesakes and spread rapidly.

Read More →



**6 Tips For A Weed-Free Landscape**

Want to regain control of a weed-filled landscape?

Read More →



**How To Identify & Control Fire Ants**

Fire ants are a dreaded problem because of their aggressive nature and painful bite.

Read More →



Connecting with our



Common House Spiders

Though most common house spiders aren't dangerous to humans, you don't necessarily want them hanging around your home.

Read More →

How To Kill Wild Onion And Garlic In The Lawn

These common weeds smell like their namesakes and spread rapidly.

Read More →

6 Tips For A Weed-Free Landscape

Want to regain control of a weed-filled landscape?

Read More →

How To Identify & Control Fire Ants

Fire ants are a dreaded problem because of their aggressive nature and painful bite.

Read More →





At Ortho, protecting your home is essential. But we believe it's important to respect nature's habitat, too. We're in pursuit of a greener world that benefits all living things, and we make it our purpose to help you GroMoreGood™ in nature and beyond.

Learn how we GroMoreGood

Find Us

Shop
- Animals
- Insects
- Weeds
- Shop All

Learn
- Insect Control
- Weed Control
- Garden
- Show All Articles

Support
- Order Status
- Contact Us
- Return Policy
- Our Brands
- Investor Relations
- Careers

Privacy Notice | Conditions of Use | About Cookies | About Interest Based Ads | Do Not Sell or Share My Personal Data | Accessibility Statement | Promo Terms

© 2002-2023 The Scotts Company LLC. World rights reserved.

Country: US | Canada     Language: English

Document title: Bugs, Gardens and Weeds | Ortho
Capture URL: https://ortho.com/en-us/home
Capture timestamp (UTC): Thu, 20 Apr 2023 15:39:57 GMT
Page 3 of 3

Free shipping on orders over $35!

**ORTHO**

What are you looking for?

 

SHOP  LEARN  OUR PURPOSE

# Insects

Combat bugs inside and keep bugs out



**Applied Filters**
Clear All

Size

Insect

Best Sellers



Ortho® Home Defense® MAX® Indoor Insect Barrier

From $14.99



Ortho® Home Defense® MAX® Ant, Roach & Spider1

$6.19




Ortho® Home Defense® Insect Killer for Indoor & Perimeter

From $12.49



Ortho® Home Defense® Insect Killer Granules



Ortho® Home Defense® Liquid Ant Bait



Ortho® Home Defense® Insect Killer for Lawn & Landscape Ready-To-Spray

$16.49









Ortho® Home Defense® Termite & Destructive Bug Killer
$28.99

Ortho® Home Defense® Roach Bait

Ortho® Home Defense® MAX® Bed Bug, Flea & Tick Killer with Comfort Wand
$22.99





Ortho® Home Defense® MAX® Bed Bug Killer
$13.49

Ortho® Home Defense® MAX® Bed Bug Trap
$17.99

Ortho® Home Defense® MAX® Bed Bug & Flea Killer Powder
$11.99



VIEW MORE





Ortho® Home Defense® Termite & Destructive Bug Killer

**$28.99**

Ortho® Home Defense® Roach Bait

Ortho® Home Defense® MAX® Bed Bug, Flea & Tick Killer with Comfort Wand

**$22.99**

Ortho® Home Defense® MAX® Bed Bug Killer

**$13.49**

Ortho® Home Defense® MAX® Bed Bug Trap

**$17.99**

Ortho® Home Defense® MAX® Bed Bug & Flea Killer Powder

**$11.99**

VIEW MORE

**Find Us**

**Shop**
- Animals
- Insects
- Weeds
- Shop All

**Learn**
- Insect Control
- Weed Control
- Garden
- Show All Articles

**Support**
- Order Status
- Contact Us
- Return Policy
- Our Brands
- Investor Relations
- Careers

Privacy Notice | Conditions of Use | About Cookies | About Interest Based Ads | Do Not Sell or Share My Personal Data | Accessibility Statement | Promo Terms

Country: US | Canada

Language: English

© 2002-2023 The Scotts Company LLC. World rights reserved.

Free shipping on orders over $35!

**ORTHO**

SHOP  LEARN  OUR PURPOSE

# Weeds
Get rid of unwanted weeds



**Applied Filters**
Clear All

Size

Applicator Type

Best Sellers



Ortho® GroundClear® Weed & Grass Killer Super Concentrate1

From $18.49



Ortho® GroundClear® Super Weed & Grass Killer

From $27.99



Ortho® Groundclear® Weed & Grass Killer Super Concentrate1

$22.99



Ortho® Groundclear® Year Long Vegetation Killer

From $28.99



Ortho® Groundclear® Year Long Vegetation Killer1

From $13.99



Ortho® WeedClear™ Lawn Weed Killer (North)

From $12.99





Document title: Get rid of unwanted weeds | Ortho | Ortho
Capture URL: https://ortho.com/en-us/shop/weeds/
Capture timestamp (UTC): Thu, 20 Apr 2023 16:11:12 GMT

Page 1 of 3





Ortho® WeedClear™ Weed Killer for Lawns

From $11.49

Ortho® WeedClear™ Lawn Weed Killer (South)

From $12.99

Ortho® Groundclear® Poison Ivy & Tough Brush Killer

From $20.99





Ortho® Groundclear® Weed & Grass Killer

From $18.99

Ortho® Nutsedge Killer For Lawns

$20.49

Ortho® Weed B-Gon™ Lawn Weed Killer

VIEW MORE

**Find Us**

**Shop**
Animals
Insects
Weeds
Shop All

**Learn**
Insect Control
Weed Control
Garden
Show All Articles

**Support**
Order Status
Contact Us
Return Policy
Our Brands
Investor Relations
Careers

Ortho® WeedClear™ Weed Killer for Lawns

**From $11.49**

Ortho® WeedClear™ Lawn Weed Killer (South)

**From $12.99**

Ortho® Groundclear® Poison Ivy & Tough Brush Killer

**From $20.99**

Ortho® Groundclear® Weed & Grass Killer

**From $18.99**

Ortho® Nutsedge Killer For Lawns

**$20.49**

Ortho® Weed B-Gon™ Lawn Weed Killer

VIEW MORE

**Find Us**

**Shop**
Animals
Insects
Weeds
Shop All

**Learn**
Insect Control
Weed Control
Garden
Show All Articles

**Support**
Order Status
Contact Us
Return Policy
Our Brands
Investor Relations
Careers

Privacy Notice | Conditions of Use | About Cookies | About Interest Based Ads | Do Not Sell or Share My Personal Data | Accessibility Statement | Promo Terms

Country
US | Canada

Language
English

© 2002-2023 The Scotts Company LLC. World rights reserved.


