# Exhibit F



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

**Help** | **Search** | **History** | **Titles** | **Start Over**

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Simple Search = VA0002350764
Search Results: Displaying 1 of 1 entries

[previous] [next]

[Labeled View]

*Ortho Home Defense Label.*

| | |
|---:|:---|
| **Type of Work:** | Entry not found. |
| **Registration Number / Date:** | VA0002350764 / 2023-03-24 |
| **Application Title:** | Ortho Home Defense Label. |
| **Title:** | Ortho Home Defense Label. |
| **Description:** | Poster. |
| **Copyright Claimant:** | OMS Investments, Inc. Address: 10250 Constellation Blvd., Suite 2800, Los Angeles, CA, 90067. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2014-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | OMS Investments, Inc., employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Pre-existing Material:** | QR Code. |
| **Basis of Claim:** | 2-D artwork. |
| **Rights and Permissions:** | Christopher Dolan, Barnes & Thornburg LLP, cdolan@btlaw.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | OMS Investments, Inc. |

[previous] [next]

**Save, Print and Email (Help Page)**
Select Download Format [Format for Print/Save]
Enter your email address: [____] [Email]

**Help** **Search** **History** **Titles** **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page