# Exhibit G

BIOADVANCED       NATRIA        FREE SHIPPING ON ORDERS OVER $35         Your Account



SHOP    SOLUTION CENTER        Search by Product, Keyword, or Problem

HOME

# Complete Brand Insect Killer



$14.49          4.6 (10)   Write a review

- Kills ants & roaches in seconds
- For indoor and outdoor use
- Keeps insects* out of your home
  *listed pests/insects

Learn More ↓

SIZE   1 Gallon

[ 1 GALLON ]

CHOOSE QUANTITY

[ − ]  1  [ + ]

[ ADD TO CART ]      ♥ ADD TO WISH LIST

   

**Overview**    Explore    How to Use    Reviews    Q&A







### INDOOR PROTECTION FOR UP TO 12 MONTHS*

Kills a wide range of crawling, flying and wood-infesting pests

*For German cockroaches, black carpenter ants and house crickets on non-porous surfaces



### OUTDOOR BARRIER TREATMENT

Effective outdoor barrier keeps listed insects from entering your home



### KILLS ANTS AND ROACHES IN SECONDS

Kills ants and roaches fast. Just spray and walk away. Controlling household pests has never been easier

**Complete Brand Insect Killer** — $14.49

CHOOSE SIZE: 1 GALLON
CHOOSE QUANTITY: 1

We use cookies to improve your experience. Please read our Privacy Policy or click Accept.

💬 Chat with an Expert