# Exhibit B

Free shipping on orders over $35!

**ORTHO**

What are you looking for?

 

SHOP  LEARN  OUR PURPOSE



# Spring Weed Control

Get rid of unwanted weeds!

**SHOP NOW**

## Take Control of Weeds & Bugs

SHOP ALL →



Ortho® Home Defense® MAX® Indoor Insect Barrier

From $14.99



Ortho® Home Defense® MAX® Indoor Insect Barrier 1.5L

$14.99



Ortho® GroundClear® Super Weed & Grass Killer

From $27.99



Ortho® GroundClear® Weed & Grass Killer Super Concentrate1

From $18.49





## A Guide to Spring Weeds & Bugs

LEARN MORE →



**Common House Spiders**

Though most common house spiders aren't dangerous to humans, you don't necessarily want them hanging around your home.


Read More →



**How To Kill Wild Onion And Garlic In The Lawn**

These common weeds smell like their namesakes and spread rapidly.


Read More →



**6 Tips For A Weed-Free Landscape**

Want to regain control of a weed-filled landscape?


Read More →



**How To Identify & Control Fire Ants**

Fire ants are a dreaded problem because of their aggressive nature and painful bite.


Read More →



## Connecting with our



Common House Spiders

Though most common house spiders aren't dangerous to humans, you don't necessarily want them hanging around your home.

Read More →

How To Kill Wild Onion And Garlic In The Lawn

These common weeds smell like their namesakes and spread rapidly.

Read More →

6 Tips For A Weed-Free Landscape

Want to regain control of a weed-filled landscape?

Read More →

How To Identify & Control Fire Ants

Fire ants are a dreaded problem because of their aggressive nature and painful bite.

Read More →



# Connecting with our Communities

At Ortho, protecting your home is essential. But we believe it's important to respect nature's habitat, too. We're in pursuit of a greener world that benefits all living things, and we make it our purpose to help you GroMoreGood™ in nature and beyond.

Learn how we GroMoreGood



**Find Us**

**Shop**
Animals
Insects
Weeds
Shop All

**Learn**
Insect Control
Weed Control
Garden
Show All Articles

**Support**
Order Status
Contact Us
Return Policy
Our Brands
Investor Relations
Careers

Privacy Notice | Conditions of Use | About Cookies | About Interest Based Ads | Do Not Sell or Share My Personal Data | Accessibility Statement | Promo Terms

Country: US | Canada    Language: English

© 2002-2023 The Scotts Company LLC. World rights reserved.

Free shipping on orders over $35!

**ORTHO** | What are you looking for? |  

SHOP   LEARN   OUR PURPOSE

# Insects
Combat bugs inside and keep bugs out



**Applied Filters**
Clear All

Size

Insect

Best Sellers

 

Ortho® Home Defense® MAX® Indoor Insect Barrier
From $14.99

Ortho® Home Defense® MAX® Ant, Roach & Spider1
$6.19




Ortho® Home Defense® Insect Killer for Indoor & Perimeter
From $12.49



Ortho® Home Defense® Insect Killer Granules



Ortho® Home Defense® Liquid Ant Bait



Ortho® Home Defense® Insect Killer for Lawn & Landscape Ready-To-Spray
$16.49

  

---

Document title: Combat bugs inside and keep bugs out | Ortho | Ortho
Capture URL: https://ortho.com/en-us/shop/insects/
Capture timestamp (UTC): Thu, 20 Apr 2023 15:38:27 GMT

Page 1 of 3












Ortho® Home Defense® Termite & Destructive Bug Killer

**$28.99**

Ortho® Home Defense® Roach Bait

Ortho® Home Defense® MAX® Bed Bug, Flea & Tick Killer with Comfort Wand

**$22.99**

Ortho® Home Defense® MAX® Bed Bug Killer

**$13.49**

Ortho® Home Defense® MAX® Bed Bug Trap

**$17.99**

Ortho® Home Defense® MAX® Bed Bug & Flea Killer Powder

**$11.99**

VIEW MORE

Document title: Combat bugs inside and keep bugs out | Ortho | Ortho
Capture URL: https://ortho.com/en-us/shop/insects/
Capture timestamp (UTC): Thu, 20 Apr 2023 15:38:27 GMT

Ortho® Home Defense® Termite & Destructive Bug Killer

$28.99

Ortho® Home Defense® Roach Bait

Ortho® Home Defense® MAX® Bed Bug, Flea & Tick Killer with Comfort Wand

$22.99

Ortho® Home Defense® MAX® Bed Bug Killer

$13.49

Ortho® Home Defense® MAX® Bed Bug Trap

$17.99

Ortho® Home Defense® MAX® Bed Bug & Flea Killer Powder

$11.99

VIEW MORE

**Find Us**

**Shop**
Animals
Insects
Weeds
Shop All

**Learn**
Insect Control
Weed Control
Garden
Show All Articles

**Support**
Order Status
Contact Us
Return Policy
Our Brands
Investor Relations
Careers

Privacy Notice | Conditions of Use | About Cookies | About Interest Based Ads | Do Not Sell or Share My Personal Data | Accessibility Statement | Promo Terms

Country
US | Canada

Language
English

© 2002-2023 The Scotts Company LLC. World rights reserved.

Free shipping on orders over $35!

**ORTHO**

SHOP   LEARN   OUR PURPOSE

# Weeds
Get rid of unwanted weeds



**Applied Filters**
Clear All

Best Sellers

Size

Applicator Type



**Ortho® GroundClear® Weed & Grass Killer Super Concentrate1**
From $18.49



**Ortho® GroundClear® Super Weed & Grass Killer**
From $27.99



**Ortho® Groundclear® Weed & Grass Killer Super Concentrate1**
$22.99



**Ortho® Groundclear® Year Long Vegetation Killer**
From $28.99



**Ortho® Groundclear® Year Long Vegetation Killer1**
From $13.99



**Ortho® WeedClear™ Lawn Weed Killer (North)**
From $12.99







Ortho® WeedClear™ Weed Killer for Lawns

From $11.49



Ortho® WeedClear™ Lawn Weed Killer (South)

From $12.99



Ortho® Groundclear® Poison Ivy & Tough Brush Killer

From $20.99



Ortho® Groundclear® Weed & Grass Killer

From $18.99



Ortho® Nutsedge Killer For Lawns

$20.49



Ortho® Weed B-Gon™ Lawn Weed Killer

VIEW MORE

**Find Us**

**Shop**
Animals
Insects
Weeds
Shop All

**Learn**
Insect Control
Weed Control
Garden
Show All Articles

**Support**
Order Status
Contact Us
Return Policy
Our Brands
Investor Relations
Careers

Ortho® WeedClear™ Weed Killer for Lawns

**From $11.49**

Ortho® WeedClear™ Lawn Weed Killer (South)

**From $12.99**

Ortho® Groundclear® Poison Ivy & Tough Brush Killer

**From $20.99**

Ortho® Groundclear® Weed & Grass Killer

**From $18.99**

Ortho® Nutsedge Killer For Lawns

**$20.49**

Ortho® Weed B-Gon™ Lawn Weed Killer

VIEW MORE

© 2002-2023 The Scotts Company LLC. World rights reserved.



