# Exhibit E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-363-784
**Effective Date of Registration:**
August 28, 2023
**Registration Decision Date:**
September 27, 2023



## Title
    **Title of Work:** Ortho GroundClear Black Label

## Completion/Publication
    **Year of Completion:** 2013
    **Date of 1st Publication:** May 01, 2013
    **Nation of 1st Publication:** United States

## Author
-     **Author:** OMS Investments, Inc.
    **Author Created:** photograph, 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** OMS Investments, Inc.
    10250 Constellation Blvd., Suite 2800, Los Angeles, CA, 90067, United States

## Limitation of copyright claim
    **Material excluded from this claim:** the list of ingredients, the safety warnings, the measurement of the contents of the product
    **New material included in claim:** photograph, 2-D artwork

## Rights and Permissions
    **Organization Name:** Barnes & Thornburg LLP
    **Name:** Christopher M. Dolan
    **Email:** cdolan@btlaw.com

**Certification**

        **Name:** Christopher M. Dolan
        **Date:** August 21, 2023

**Correspondence:** Yes