# Exhibit F



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

**Public Catalog**
Copyright Catalog (1978 to present) at DC4
Search Request: Simple Search = VA0002350764
Search Results: Displaying 1 of 1 entries



*Ortho Home Defense Label.*

| | |
|---|---|
| **Type of Work:** | Entry not found. |
| **Registration Number / Date:** | VA0002350764 / 2023-03-24 |
| **Application Title:** | Ortho Home Defense Label. |
| **Title:** | Ortho Home Defense Label. |
| **Description:** | Poster. |
| **Copyright Claimant:** | OMS Investments, Inc. Address: 10250 Constellation Blvd., Suite 2800, Los Angeles, CA, 90067. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2014-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | OMS Investments, Inc., employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Pre-existing Material:** | QR Code. |
| **Basis of Claim:** | 2-D artwork. |
| **Rights and Permissions:** | Christopher Dolan, Barnes & Thornburg LLP, cdolan@btlaw.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | OMS Investments, Inc. |

**Save, Print and Email (Help Page)**
Select Download Format | Format for Print/Save
Enter your email address: | Email

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

---

Document title: WebVoyage Record View 1
Capture URL: https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&amp;ti=1,1&amp;Search%5FArg=VA0002350764&amp;Search…
Capture timestamp (UTC): Thu, 21 Sep 2023 17:24:35 GMT                                                                                          Page 1 of 1