# Exhibit G



BIOADVANCED   NATRIA   FREE SHIPPING ON ORDERS OVER $35   Your Account

SHOP   SOLUTION CENTER   Search by Product, Keyword, or Problem

HOME



# Complete Brand Insect Killer

$14.49

 4.6 (10)   Write a review

- Kills ants & roaches in seconds
- For indoor and outdoor use
- Keeps insects* out of your home
  *listed pests/insects

Learn More

SIZE   1 Gallon

1 GALLON

CHOOSE QUANTITY

 1 

ADD TO CART     ADD TO WISH LIST

   

| Overview | Explore | How to Use | Reviews | Q&A |



---

Document title: Complete Brand Insect Killer | Bioadvanced
Capture URL: https://bioadvanced.com/complete-brand-insect-killer.html?typesimple&amp;#552=1098
Capture timestamp (UTC): Thu, 12 Oct 2023 17:54:24 GMT









### INDOOR PROTECTION FOR UP TO 12 MONTHS*

Kills a wide range of crawling, flying and wood-infesting pests

*For German cockroaches, black carpenter ants and house crickets on non-porous surfaces

### OUTDOOR BARRIER TREATMENT

Effective outdoor barrier keeps listed insects from entering your home

### KILLS ANTS AND ROACHES IN SECONDS

Kills ants and roaches fast. Just spray and walk away. Controlling household pests has never been easier

Complete Brand Insect Killer

$14.49

CHOOSE SIZE

1 GALLON

CHOOSE QUANTITY

− 1 +

We use cookies to improve your experience. Please read our Privacy Policy or click **Accept**.

Chat with an Expert