# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE SCOTTS COMPANY LLC, and OMS INVESTMENTS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SBM LIFE SCIENCE CORP.,**<br><br>Defendant. | Case No. 2:23-cv-01541-EAS-EPD<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs, The Scotts Company LLC and OMS Investments, Inc. (collectively, "Plaintiffs") hereby submit this Opposition to Defendant SBM Life Science Corp.'s ("Defendant") Partial Motion to Dismiss ("Defendant's Motion") (Dkt. 5). Plaintiffs respectfully request that the Court dismiss Defendant's Motion as moot.

On October 16, 2023, Plaintiffs filed their First Amended Complaint (Dkt. No. 11), which adds three claims against Defendant and also adds clarifying factual allegations supporting Plaintiffs existing claims (*See* Dkt. No. 1). Although Plaintiffs maintain their Complaint (Dkt. 1) as initially filed sufficiently and properly pleaded Plaintiffs' claims against Defendant and that Defendant's Motion is without merit under relevant case law in this Circuit, Plaintiff's First Amended Complaint renders Defendant's Motion as moot.

For the reasons set forth above, Defendant's Motion should be dismissed as moot, with leave to refile a renewed motion.

                        Respectfully submitted,

                        **THE SCOTTS COMPANY LLC AND OMS INVESTMENTS, INC.**

Date: <u>October 16, 2023</u>        By: <u>/s/ *David M. DeVillers*</u>
                                          David M. DeVillers (0059456)
                                          BARNES & THORNBURG LLP
                                          41 South High Street, Ste. 3300
                                          Columbus, OH 43215
                                          Telephone: (614) 628-0096
                                          Facsimile: (614) 628-1433 (fax)
                                          Email: DDeVillers@btlaw.com

                                          Christopher M. Dolan (pro hac vice pending)
                                          Joshua S. Frick (pro hac vice pending)
                                          BARNES & THORNBURG LLP
                                          One North Wacker Drive, Suite 4400
                                          Chicago, IL 60606
                                          Telephone: (312) 357-1313
                                          Email: cdolan@btlaw.com
                                          Email: joshua.frick@btlaw.com

                                          Attorneys for The Scotts Company LLC and OMS Investments, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record on October 16, 2023, via the Court's CM/ECF system.

                                              */s/ David DeVillers*

                                              David DeVillers