# Exhibit B

Free shipping on orders over $35!

 

SHOP  LEARN  OUR PURPOSE



# Spring Weed Control
Get rid of unwanted weeds!

SHOP NOW

## Take Control of Weeds & Bugs

SHOP ALL →



Ortho® Home Defense® MAX® Indoor Insect Barrier

From $14.99



Ortho® Home Defense® MAX® Indoor Insect Barrier 1.5L

$14.99



Ortho® GroundClear® Super Weed & Grass Killer

From $27.99



Ortho® GroundClear® Weed & Grass Killer Super Concentrate1

From $18.49





## A Guide to Spring Weeds & Bugs

LEARN MORE →



**Common House Spiders**

Though most common house spiders aren't dangerous to humans, you don't necessarily want them hanging around your home.


Read More →



**How To Kill Wild Onion And Garlic In The Lawn**

These common weeds smell like their namesakes and spread rapidly.


Read More →



**6 Tips For A Weed-Free Landscape**

Want to regain control of a weed-filled landscape?


Read More →



**How To Identify & Control Fire Ants**

Fire ants are a dreaded problem because of their aggressive nature and painful bite.


Read More →



## Connecting with our

### Common House Spiders

Though most common house spiders aren't dangerous to humans, you don't necessarily want them hanging around your home.

Read More →

### How To Kill Wild Onion And Garlic In The Lawn

These common weeds smell like their namesakes and spread rapidly.

Read More →

### 6 Tips For A Weed-Free Landscape

Want to regain control of a weed-filled landscape?

Read More →

### How To Identify & Control Fire Ants

Fire ants are a dreaded problem because of their aggressive nature and painful bite.

Read More →



# Connecting with our Communities

At Ortho, protecting your home is essential. But we believe it's important to respect nature's habitat, too. We're in pursuit of a greener world that benefits all living things, and we make it our purpose to help you GroMoreGood™ in nature and beyond.

Learn how we GroMoreGood

**Find Us**

**Shop**
- Animals
- Insects
- Weeds
- Shop All

**Learn**
- Insect Control
- Weed Control
- Garden
- Show All Articles

**Support**
- Order Status
- Contact Us
- Return Policy
- Our Brands
- Investor Relations
- Careers

Privacy Notice | Conditions of Use | About Cookies | About Interest Based Ads | Do Not Sell or Share My Personal Data | Accessibility Statement | Promo Terms

© 2002-2023 The Scotts Company LLC. World rights reserved.

Country: US | Canada    Language: English

Document title: Bugs, Gardens and Weeds | Ortho
Capture URL: https://ortho.com/en-us/home
Capture timestamp (UTC): Thu, 20 Apr 2023 15:39:57 GMT                Page 3 of 3

Free shipping on orders over $35!

**ORTHO**   

SHOP  LEARN  OUR PURPOSE

# Insects
Combat bugs inside and keep bugs out



**Applied Filters**
Clear All

Size
Insect

Best Sellers

 

Ortho® Home Defense® MAX® Indoor Insect Barrier
From $14.99




Ortho® Home Defense® MAX® Ant, Roach & Spider1
$6.19

Ortho® Home Defense® Insect Killer for Indoor & Perimeter
From $12.49



Ortho® Home Defense® Insect Killer Granules



Ortho® Home Defense® Liquid Ant Bait



Ortho® Home Defense® Insect Killer for Lawn & Landscape Ready-To-Spray
$16.49

  



Ortho® Home Defense® Termite & Destructive Bug Killer

$28.99



Ortho® Home Defense® Roach Bait



Ortho® Home Defense® MAX® Bed Bug, Flea & Tick Killer with Comfort Wand

$22.99



Ortho® Home Defense® MAX® Bed Bug Killer

$13.49



Ortho® Home Defense® MAX® Bed Bug Trap

$17.99



Ortho® Home Defense® MAX® Bed Bug & Flea Killer Powder

$11.99



VIEW MORE





Ortho® Home Defense® Termite & Destructive Bug Killer

$28.99

Ortho® Home Defense® Roach Bait

Ortho® Home Defense® MAX® Bed Bug, Flea & Tick Killer with Comfort Wand

$22.99

Ortho® Home Defense® MAX® Bed Bug Killer

$13.49

Ortho® Home Defense® MAX® Bed Bug Trap

$17.99

Ortho® Home Defense® MAX® Bed Bug & Flea Killer Powder

$11.99

VIEW MORE

© 2002-2023 The Scotts Company LLC. World rights reserved.

Free shipping on orders over $35!

**ORTHO**

SHOP  LEARN  OUR PURPOSE

# Weeds
Get rid of unwanted weeds



**Applied Filters**
Clear All

Size
Applicator Type

Best Sellers


Ortho® GroundClear® Weed & Grass Killer Super Concentrate1
From $18.49


Ortho® GroundClear® Super Weed & Grass Killer
From $27.99


Ortho® Groundclear® Weed & Grass Killer Super Concentrate1
$22.99


Ortho® Groundclear® Year Long Vegetation Killer
From $28.99


Ortho® Groundclear® Year Long Vegetation Killer1
From $13.99


Ortho® WeedClear™ Lawn Weed Killer (North)
From $12.99





---

Document title: Get rid of unwanted weeds | Ortho | Ortho
Capture URL: https://ortho.com/en-us/shop/weeds/
Capture timestamp (UTC): Thu, 20 Apr 2023 16:11:12 GMT

Page 1 of 3



Ortho® WeedClear™ Weed Killer for Lawns

From $11.49



Ortho® WeedClear™ Lawn Weed Killer (South)

From $12.99



Ortho® Groundclear® Poison Ivy & Tough Brush Killer

From $20.99



Ortho® Groundclear® Weed & Grass Killer

From $18.99



Ortho® Nutsedge Killer For Lawns

$20.49



Ortho® Weed B-Gon™ Lawn Weed Killer

VIEW MORE

Ortho® WeedClear™ Weed Killer for Lawns

**From $11.49**

Ortho® WeedClear™ Lawn Weed Killer (South)

**From $12.99**

Ortho® Groundclear® Poison Ivy & Tough Brush Killer

**From $20.99**

Ortho® Groundclear® Weed & Grass Killer

**From $18.99**

Ortho® Nutsedge Killer For Lawns

**$20.49**

Ortho® Weed B-Gon™ Lawn Weed Killer

**VIEW MORE**

© 2002-2023 The Scotts Company LLC. World rights reserved.

Document title: Get rid of unwanted weeds | Ortho | Ortho
Capture URL: https://ortho.com/en-us/shop/weeds/
Capture timestamp (UTC): Thu, 20 Apr 2023 16:11:12 GMT




