# Exhibit C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,356,627**

**Registered June 25, 2013**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

OMS INVESTMENTS, INC. (DELAWARE CORPORATION)
10250 CONSTELLATION BLVD.
SUITE 2800
LOS ANGELOS, CA 90067

FOR: PESTICIDES, INSECTICIDES, HERBICIDES, FUNGICIDES, PARASITICIDES, RO-
DENTICIDES, INSECT BAIT IN THE NATURE OF INSECTICIDES FOR PEST CONTROL
PURPOSES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-1-2011; IN COMMERCE 2-1-2011.

OWNER OF U.S. REG. NOS. 3,582,554, 4,042,710 AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "ORTHO" IN WHITE ACROSS THE DESIGN OF
A RED HOUSE.

SER. NO. 85-624,846, FILED 5-14-2012.

KIMBERLY PERRY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS       DOCUMENTS       MAINTENANCE                                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-04-20 12:11:37 EDT |
| **Mark:** | ORTHO |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85624846 | **Application Filing Date:** | May 14, 2012 |
| **US Registration Number:** | 4356627 | **Registration Date:** | Jun. 25, 2013 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Office. |

| | |
|---|---|
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. |
| **Status Date:** | Jul. 20, 2019 |
| **Publication Date:** | Apr. 09, 2013 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ORTHO |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the words "ORTHO" in white across the design of a red house. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) red and white is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 07.01.04 - Detached house |
| | 07.01.06 - Other houses |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3582554, 3652072, 4042710 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Pesticides, insecticides, herbicides, fungicides, parasiticides, rodenticides, insect bait in the nature of insecticides for pest control purposes | | |
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 01, 2011 | **Use in Commerce:** | Feb. 01, 2011 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | OMS Investments, Inc. |
| **Owner Address:** | 10250 Constellation Blvd.<br>Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert Morgan | | |
| **Attorney Primary Email Address:** | trademarks@scotts.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Robert Morgan<br>OMS Investments, Inc.<br>10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 | | |
| **Phone:** | 9375781561 | **Fax:** | 9376447568 |
| **Correspondent e-mail:** | trademarks@scotts.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 17, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 20, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 25, 2022 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jul. 20, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 20, 2019 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77315 |
| Jul. 20, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Jun. 06, 2019 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 25, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jun. 25, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 09, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 09, 2013 | PUBLISHED FOR OPPOSITION | |
| Mar. 20, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 04, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Mar. 04, 2013 | ASSIGNED TO LIE | 69712 |
| Mar. 04, 2013 | ASSIGNED TO LIE | 67287 |

| | | |
|---|---|---|
| Feb. 19, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 14, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Feb. 13, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Feb. 13, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 05, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 05, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 05, 2012 | NON-FINAL ACTION WRITTEN | 73372 |
| Sep. 05, 2012 | ASSIGNED TO EXAMINER | 73372 |
| May 22, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| May 18, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 17, 2012 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: TMO LAW OFFICE 112                    Date in Location: Jul. 20, 2019

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,271,554**
**Registered Jan. 8, 2013**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

OMS INVESTMENTS, INC. (DELAWARE CORPORATION)
10250 CONSTELLATION BLVD., SUITE 2800
LOS ANGELOS, CA 90067

FOR: RODENT TRAPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-11-2010; IN COMMERCE 8-11-2010.

OWNER OF U.S. REG. NOS. 3,582,554, 4,042,710 AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "ORTHO" IN WHITE ACROSS THE DESIGN OF A STYLIZED HOUSE IN RED.

SER. NO. 85-624,869, FILED 5-14-2012.

KAREN K. BUSH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE             <u>Back to Search</u>      Print

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-04-20 12:12:53 EDT |
| **Mark:** | ORTHO |



|  |  |  |  |
|---|---|---|---|
| **US Serial Number:** | 85624869 | **Application Filing Date:** | May 14, 2012 |
| **US Registration Number:** | 4271554 | **Registration Date:** | Jan. 08, 2013 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

|  |  |
|---|---|
| **Status:** | The registration has been renewed. |
| **Status Date:** | Jul. 26, 2022 |
| **Publication Date:** | Oct. 23, 2012 |

## Mark Information

|  |  |
|---|---|
| **Mark Literal Elements:** | ORTHO |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the word "ORTHO" in white across the design of a stylized house in red. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) red and white is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 07.01.04 - Detached house |
| | 07.01.06 - Other houses |

## Related Properties Information

|  |  |
|---|---|
| **Claimed Ownership of US Registrations:** | 3582554, 3652072, 4042710 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |  |  |
|---|---|---|---|
| **For:** | Rodent traps | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 11, 2010 | **Use in Commerce:** | Aug. 11, 2010 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | OMS Investments, Inc. |
| **Owner Address:** | 10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert Morgan | | |
| **Attorney Primary Email Address:** | trademarks@scotts.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Robert Morgan<br>OMS Investments, Inc.<br>10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 | | |
| **Phone:** | 937-578-1561 | | |
| **Correspondent e-mail:** | trademarks@scotts.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 26, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 26, 2022 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 71378 |
| Jul. 26, 2022 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 71378 |
| Jul. 05, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 71378 |
| Jan. 26, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 08, 2022 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 23, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 23, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 30, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 30, 2018 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68335 |
| Sep. 30, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68335 |
| Sep. 20, 2018 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 08, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 08, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 23, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 23, 2012 | PUBLISHED FOR OPPOSITION | |
| Oct. 03, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |

| Sep. 17, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Sep. 17, 2012 | ASSIGNED TO LIE | 68552 |
| Sep. 06, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 06, 2012 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 06, 2012 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 06, 2012 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 06, 2012 | EXAMINERS AMENDMENT -WRITTEN | 67516 |
| Sep. 05, 2012 | ASSIGNED TO EXAMINER | 67516 |
| May 22, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| May 18, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 17, 2012 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jul. 26, 2022

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,564,703**

**Registered July 8, 2014**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

OMS INVESTMENTS, INC. (DELAWARE CORPORATION)
10250 CONSTELLATION BLVD., SUITE 2800
LOS ANGELOS, CA 90067

FOR: HAND-OPERATED SPRAYERS FOR APPLYING FERTILIZERS, PLANT FOODS, PESTICIDES, INSECTICIDES, HERBICIDES AND FUNGICIDES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 3-0-2014; IN COMMERCE 3-0-2014.

OWNER OF U.S. REG. NOS. 3,582,554, 4,042,710, AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "ORTHO" IN WHITE ACROSS THE DESIGN OF A STYLIZED HOUSE IN RED.

SN 85-624,876, FILED 5-14-2012.

KAREN K. BUSH, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS       DOCUMENTS       MAINTENANCE                                    Back to Search              Print

| | | |
|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-04-20 12:16:04 EDT | |
| **Mark:** | ORTHO | |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85624876 | **Application Filing Date:** | May 14, 2012 |
| **US Registration Number:** | 4564703 | **Registration Date:** | Jul. 08, 2014 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | | |
|---|---|---|
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | |
| **Status Date:** | Dec. 11, 2019 | |
| **Publication Date:** | Oct. 23, 2012 | **Notice of Allowance Date:** Dec. 18, 2012 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ORTHO |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the word "ORTHO" in white across the design of a stylized house in red. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) red and white is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 07.01.06 - Other houses |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3582554, 3652072, 4042710 and others |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Hand-operated sprayers for applying [ fertilizers, plant foods, ] pesticides, insecticides, herbicides and fungicides | | |
| **International Class(es):** | 008 - Primary Class | **U.S Class(es):** | 023, 028, 044 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 2014 | **Use in Commerce:** | Mar. 2014 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | OMS Investments, Inc. |
| **Owner Address:** | 10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert Morgan | | |
| **Attorney Primary Email Address:** | trademarks@scotts.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Robert Morgan<br>10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Phone:** | 937-578-1561 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | trademarks@scotts.com<br>trademarks@scotts.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 29, 2022 | NOTICE OF UPDATED REGISTRATION CONFIRMATION EMAILED | |
| Oct. 26, 2022 | AMENDMENT UNDER SECTION 7 – PROCESSED | 81927 |
| Oct. 24, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 81927 |
| Jun. 08, 2022 | TEAS SECTION 7 REQUEST RECEIVED | |
| Apr. 30, 2022 | REGISTERED - SEC. 7 REQUEST ABANDONED | 30098 |
| Apr. 30, 2022 | POST REGISTRATION ACTION MAILED NO RESPONSE REQUIRED | 30098 |
| Apr. 27, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 30098 |
| Mar. 20, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 11, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 11, 2019 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77074 |
| Dec. 11, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77074 |
| Nov. 06, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 06, 2019 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 23, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 23, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 08, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jul. 08, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| May 31, 2014 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 30, 2014 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 68552 |

| May 22, 2014 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| May 05, 2014 | STATEMENT OF USE PROCESSING COMPLETE | 76538 |
| May 01, 2014 | USE AMENDMENT FILED | 76538 |
| May 01, 2014 | TEAS STATEMENT OF USE RECEIVED | |
| Jan. 18, 2014 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 17, 2014 | SOU EXTENSION 2 GRANTED | 76538 |
| Nov. 21, 2013 | SOU EXTENSION 2 FILED | 76538 |
| Jan. 17, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76538 |
| Jan. 13, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74193 |
| Nov. 21, 2013 | TEAS EXTENSION RECEIVED | |
| Jul. 31, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 31, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 08, 2013 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 06, 2013 | SOU EXTENSION 1 GRANTED | 98765 |
| Jun. 06, 2013 | SOU EXTENSION 1 FILED | 98765 |
| Jun. 06, 2013 | TEAS EXTENSION RECEIVED | |
| Dec. 18, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 23, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 23, 2012 | PUBLISHED FOR OPPOSITION | |
| Oct. 03, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 17, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Sep. 17, 2012 | ASSIGNED TO LIE | 68552 |
| Sep. 06, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 06, 2012 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 06, 2012 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 06, 2012 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 06, 2012 | EXAMINERS AMENDMENT -WRITTEN | 67516 |
| Sep. 05, 2012 | ASSIGNED TO EXAMINER | 67516 |
| May 22, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| May 18, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 17, 2012 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | TMEG LAW OFFICE 108 | Date in Location: | Oct. 26, 2022 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,564,704**

**Registered July 8, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

OMS INVESTMENTS, INC. (DELAWARE CORPORATION)
10250 CONSTELLATION BLVD., SUITE 2800
LOS ANGELOS, CA 90067

FOR: GARDEN HOSE-END SPRAYERS FOR APPLYING FERTILIZERS, PLANT FOODS, PESTICIDES, INSECTICIDES, HERBICIDES AND FUNGICIDES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-0-2014; IN COMMERCE 3-0-2014.

OWNER OF U.S. REG. NOS. 3,582,554, 4,042,710, AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "ORTHO" IN WHITE ACROSS THE DESIGN OF A STYLIZED HOUSE IN RED.

SN 85-624,884, FILED 5-14-2012.

KAREN K. BUSH, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                          Back to Search        Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-04-20 12:17:13 EDT |
| **Mark:** | ORTHO |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85624884 | **Application Filing Date:** | May 14, 2012 |
| **US Registration Number:** | 4564704 | **Registration Date:** | Jul. 08, 2014 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |



**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. |
| **Status Date:** | Dec. 11, 2019 |

| | | | |
|---|---|---|---|
| **Publication Date:** | Oct. 23, 2012 | **Notice of Allowance Date:** | Dec. 18, 2012 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ORTHO |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the word "ORTHO" in white across the design of a stylized house in red. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) red and white is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 07.01.06 - Other houses |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3582554, 3652072, 4042710 and others |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Garden hose-end sprayers for applying [fertilizers, plant foods,] pesticides, insecticides, herbicides and fungicides | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 2014 | **Use in Commerce:** | Mar. 2014 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | OMS Investments, Inc. |
| **Owner Address:** | 10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Robert Morgan |
| **Attorney Primary Email Address:** | trademarks@scotts.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Robert Morgan<br>10250 Constellation Blvd., Suite 2800<br>Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Phone:** | 937-578-1561 |
| **Correspondent e-mail:** | trademarks@scotts.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 22, 2022 | NOTICE OF UPDATED REGISTRATION CONFIRMATION EMAILED | |
| Oct. 17, 2022 | AMENDMENT UNDER SECTION 7 – PROCESSED | 66607 |
| Oct. 12, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Apr. 29, 2022 | TEAS SECTION 7 REQUEST RECEIVED | |
| Apr. 28, 2022 | POST REGISTRATION ACTION MAILED NO RESPONSE REQUIRED | 30098 |
| Apr. 27, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 30098 |
| Mar. 20, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 11, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 11, 2019 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77074 |
| Dec. 11, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77074 |
| Nov. 06, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 06, 2019 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 23, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 23, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 08, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jul. 08, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| May 31, 2014 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 30, 2014 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 68552 |
| May 22, 2014 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |

| May 05, 2014 | STATEMENT OF USE PROCESSING COMPLETE | 76538 |
| May 01, 2014 | USE AMENDMENT FILED | 76538 |
| May 01, 2014 | TEAS STATEMENT OF USE RECEIVED | |
| Jan. 18, 2014 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 17, 2014 | SOU EXTENSION 2 GRANTED | 76538 |
| Nov. 21, 2013 | SOU EXTENSION 2 FILED | 76538 |
| Jan. 17, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76538 |
| Jan. 13, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74193 |
| Nov. 21, 2013 | TEAS EXTENSION RECEIVED | |
| Jul. 31, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 31, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 08, 2013 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 06, 2013 | SOU EXTENSION 1 GRANTED | 98765 |
| Jun. 06, 2013 | SOU EXTENSION 1 FILED | 98765 |
| Jun. 06, 2013 | TEAS EXTENSION RECEIVED | |
| Dec. 18, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 23, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 23, 2012 | PUBLISHED FOR OPPOSITION | |
| Oct. 03, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 17, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Sep. 17, 2012 | ASSIGNED TO LIE | 68552 |
| Sep. 06, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 06, 2012 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 06, 2012 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 06, 2012 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 06, 2012 | EXAMINERS AMENDMENT -WRITTEN | 67516 |
| Sep. 05, 2012 | ASSIGNED TO EXAMINER | 67516 |
| May 22, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| May 18, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 17, 2012 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location:  TMEG LAW OFFICE 108          Date in Location:  Oct. 17, 2022

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

United States Patent and Trademark Office

Reg. No. 3,582,553
Registered Mar. 3, 2009

## TRADEMARK
## PRINCIPAL REGISTER



OMS INVESTMENTS, INC. (DELAWARE CORPORATION)

10250 CONSTELLATION BLVD., SUITE 2800

LOS ANGELES, CA 90067

FOR: PESTICIDES, INSECTICIDES, FUNGICIDES, HERBICIDES, MITICIDES, AND PARASITICIDES FOR DOMESTIC USE; INSECT REPELLENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 12-31-2001; IN COMMERCE 12-31-2001.

OWNER OF U.S. REG. NOS. 121,042, 423,264, AND 2,896,258.

THE COLOR(S) RED, GOLD, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "ORTHO" IN WHITE BLOCK LETTERS WITH BLACK SHADOWS CENTERED IN A SOLID RED RECTANGLE THAT HAS AN OUTER GOLD BORDER WITH AN INNER BLACK BORDER BETWEEN THE GOLD BORDER AND THE RED RECTANGLE.

SER. NO. 77-434,297, FILED 3-28-2008.

RONALD AIKENS, EXAMINING ATTORNEY

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                     Back to Search        Print

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-04-20 12:18:39 EDT |
| **Mark:** | ORTHO |

**ORTHO**

|  |  |  |  |
|---|---|---|---|
| **US Serial Number:** | 77434297 | **Application Filing Date:** | Mar. 28, 2008 |
| **US Registration Number:** | 3582553 | **Registration Date:** | Mar. 03, 2009 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** |     LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. |
| **Status Date:** | Dec. 20, 2018 |
| **Publication Date:** | Dec. 16, 2008 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ORTHO |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the word "ORTHO" in white block letters with black shadows centered in a solid red rectangle that has an outer gold border with an inner black border between the gold border and the red rectangle. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) red, gold, black and white is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 07.13.03 - Street signs (mounted on posts); Advertising, signs, mounted or with posts or standards<br>26.11.20 - Rectangles inside one another<br>26.11.21 - Rectangles that are completely or partially shaded |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 0121042, 0423264, 2896258 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | pesticides, insecticides, fungicides, herbicides, miticides, and parasiticides for domestic use; insect repellents | | |
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 31, 2001 | **Use in Commerce:** | Dec. 31, 2001 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | OMS Investments, Inc. |
| **Owner Address:** | 10250 Constellation Blvd., Suite 2800 <br> Los Angeles, CALIFORNIA UNITED STATES 90067 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Robert J. Morgan | | |
| **Attorney Primary Email Address:** | trademarks@scotts.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Robert J. Morgan <br> OMS Investments, Inc. <br> 10250 Constellation Blvd., Suite 2800 <br> Los Angeles, CALIFORNIA UNITED STATES 90067 | | |
| **Correspondent e-mail:** | trademarks@scotts.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 19, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Oct. 19, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 19, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 19, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 19, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 20, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 20, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76293 |
| Dec. 20, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Dec. 20, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Dec. 06, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 03, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 24, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 24, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 75461 |
| Mar. 06, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 75461 |
| Mar. 24, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Mar. 06, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 03, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 16, 2008 | PUBLISHED FOR OPPOSITION | |

| Nov. 26, 2008 | NOTICE OF PUBLICATION | |
| Nov. 07, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 74215 |
| Nov. 07, 2008 | ASSIGNED TO LIE | 74215 |
| Nov. 03, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 22, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 21, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 21, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 21, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 21, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 21, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 21, 2008 | NON-FINAL ACTION WRITTEN | 75589 |
| Jun. 20, 2008 | ASSIGNED TO EXAMINER | 75589 |
| Apr. 02, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Apr. 01, 2008 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | GENERIC WEB UPDATE | Date in Location: | Dec. 20, 2018 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load