# Exhibit D



Document title: Amazon.com: Ortho GroundClear Vegetation Killer Concentrate, 32-Ounce : Electronics
Capture URL: https://www.amazon.com/Ortho-GroundClear-Vegetation-Concentrate-32-Ounce/dp/B00AZSL6LY/ref=sr_1_8?crid=I6UJ2APJ2TD4&keywords=ortho...
Capture timestamp (UTC): Fri, 30 Jun 2023 15:15:03 GMT

## What do customers buy after viewing this item?



**Lowest Price**
in this set of products

**Most purchased | Highest rated**
in this set of products

**This item:**

**ISTA Powered Surface Skimmer and CO2 Reactor**
★★★☆☆ 42
$28.99 ✓prime

Sponsored ⓘ

**Ortho GroundClear Year Long Vegetation Killer1, Concentrate, Kills Tough…**
★★★★☆ 13,718
$10.96
Get it as soon as **Wednesday, Jul 5**
FREE Shipping on orders over $25
shipped by Amazon

**RM43 76502 32Oz Total Veg Control Glyph Imazapyr Weed Preventer, 0.25 - Gallon**
★★★★½ 4,653
$39.45

**Ortho GroundClear Vegetation Killer Concentrate, 32-Ounce**
★★★★☆ 315
$21.21
Get it as soon as **Monday, Jul 10**
FREE Shipping on orders over $25
shipped by Amazon
Only 3 left in stock - order soon.

**Ortho GroundClear Year Long Vegetation Killer1 – Concentrate, Visible Results…**
★★★★☆ 13,718
$24.66
Get it as soon as **Thursday, Jul 6**
FREE Shipping on orders over $25
shipped by Amazon

## Customers also search

Page 1 of 4












ground clear super concentrate

ortho super concentrate

ortho weed and grass

clear grass

ortho year long

ortho triclopyr

brush b gone concentrate

## From the manufacturer

**Ortho GroundClear**

Ortho GroundClear kills and prevents weeds for up to 1 year. Kills unwanted vegetation from driveways, walkways, patios, fence rows and other areas with visible results in hours.

Determine where you want to remove any weeds or grasses, then select your desired application method. Ortho GroundClear offers the following application types: Concentrates, Ready To Use with sprinkler cap or Ready to Use with Comfort Wand.

Read product labels for full product instructions.

**Where to Use? (Only use where no vegetation is desired for at least 1 year)**

Driveways and Sidewalks          Patios and Gravel Paths          Along Fence Lines

**Where to Use? (Only use where no vegetation is desired for at least 1 year)**







Driveways and Sidewalks

Patios and Gravel Paths

Along Fence Lines

**Choose Your Application Method - Refer to label instructions for use**







**Concentrate**

Great value - ideal for large or small areas. Available sizes include: 32 oz. bottle, 1 gallon bottle or 2 gallon bottle. To use, follow directions to mix with water and use with a sprinkler can or tank sprayer.

**Ready to Use with Sprinkler Cap**

Perfect for cracks and crevices. Available in 32 oz. or 1.25 gallon sizes with sprinkler cap. To use, remove top cap and tilt bottle slightly to adjust project flow.

**Ready to Use with Comfort Wand**

Covers up to 400 sq. ft. and has 5x the coverage versus previous GroundClear Ready-to-Use formula. Use the Comfort Wand for precise control and maximum accuracy.

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

▲
0
votes

**Question:** If this is applied into the ground at base of trees will it kill the trees? I have several trees that need to be killed

**Answer:** As indicated in the label, this is for use with vegetation/weeds, won't be useful for killing trees which need a higher concentration of Imazapyr
By carcarlad123 on August 31, 2014
⌄ See more answers (3)

▲
0
votes

**Question:** How do i clean up a spill of ortho ground clear concentrate on my kitchen counter 😣?

**Answer:** I'd say soap and water If your counter is not pours. No problem
By Spencer C. Fox on October 19, 2020
⌄ See more answers (3)

▲
0
votes

**Question:** Will it kill bushes? Do I put it on the stem near the soil?

**Answer:** It DOES kill bushes. When you mix it, just spray it on the BUSH. It will kill it dead, dead, dead. I did it to a honeysuckle vine that was massive. It is no more. Hooray!!!!
By Paul McCloud on July 22, 2014

**Answer:** I'd say soap and water If your counter is not pours. No problem

By ....... ..... .. ......... .. .......

∨ See more answers (3)

▲
0
votes

**Question:** Will it kill bushes? Do I put it on the stem near the soil?

**Answer:** It DOES kill bushes. When you mix it, just spray it on the BUSH. It will kill it dead, dead, dead. I did it to a honeysuckle vine that was massive. It is no more. Hooray!!!!
By Paul McCloud on July 22, 2014

▲
0
votes

**Question:** can this be used with a hose end spayer?

**Answer:** It is only a gallon of pre-mixed Ground Clear and NOT a concentrate to be mixed with water. Read carefully before you buy because the pre-mixed is ridululously expensive. I learned the hard way and now I only buy the concentrate. You cannot use this with a hose end sprayer, only a garden sprayer that are cheap and avai... see more
By Jack&Ennis on February 19, 2019

∨ See more answers (3)

See more questions

## Videos

Page 1 of 4

### Videos for related products

   

Upload your video

## Product information

| | |
|---|---|
| Product Dimensions | 2.54 x 4.76 x 8.88 inches |
| Item Weight | 2.25 pounds |
| ASIN | B00AZSL6LY |
| Item model number | 0430810 |
| Customer Reviews | 4.1 ★★★★☆ ∨   315 ratings<br>4.1 out of 5 stars |
| Best Sellers Rank | #649 in Audio & Video Connectors & Adapters |
| Is Discontinued By Manufacturer | No |
| Date First Available | December 30, 2012 |
| Manufacturer | Ortho |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

## Product Description

Kills existing vegetation and prevents new growth for up to 1 year Use on driveways, patios, gravel paths, fence rows and rock landscapes where no vegetation is desired.

## Similar brands on Amazon

Sponsored ⓘ

ECO GARDEN PRO PROFESSIONAL
Shop the Store on Amazon ›

Roundup
Shop the Store on Amazon ›

**Answer:** I'd say soap and water If your counter is not pours. No problem

By ... on ... , 2021

˅ See more answers (3)

▲
0
votes

**Question:** Will it kill bushes? Do I put it on the stem near the soil?

**Answer:** It DOES kill bushes. When you mix it, just spray it on the BUSH. It will kill it dead, dead, dead. I did it to a honeysuckle vine that was massive. It is no more. Hooray!!!!

By Paul McCloud on July 22, 2014

▲
0
votes

**Question:** can this be used with a hose end spayer?

**Answer:** It is only a gallon of pre-mixed Ground Clear and NOT a concentrate to be mixed with water. Read carefully before you buy because the pre-mixed is ridiulously expensive. I learned the hard way and now I only buy the concentrate. You cannot use this with a hose end sprayer, only a garden sprayer that are cheap and avai... see more

By Jack&Ennis on February 19, 2019

˅ See more answers (3)

See more questions

## Videos

Page 1 of 4

### Videos for related products

‹



Gets rid of weeds and prevents for months!
Mister and Miss Ginger Jones
2:12



Ortho Ground Clear Vegetation Killer Concentrate 1 GAL.Ortho-...
Merchant Video
1:14



How To Use Refill Bottle
The Scotts Company LLC
1:03



BioAdvanced Brush Kille Ounce How it Worked
From the Family

›

Upload your video

## Product information

| | |
|---|---|
| Product Dimensions | 2.54 x 4.76 x 8.88 inches |
| Item Weight | 2.25 pounds |
| ASIN | B00AZSL6LY |
| Item model number | 0430810 |
| Customer Reviews | 4.1 ★★★★☆ ˅  315 ratings<br>4.1 out of 5 stars |
| Best Sellers Rank | #649 in Audio & Video Connectors & Adapters |
| Is Discontinued By Manufacturer | No |
| Date First Available | December 30, 2012 |
| Manufacturer | Ortho |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ˅

## Product Description

Kills existing vegetation and prevents new growth for up to 1 year Use on driveways, patios, gravel paths, fence rows and rock landscapes where no vegetation is desired.

## Similar brands on Amazon

Sponsored ⓘ

ECO GARDEN PRO PROFESSIONAL
Shop the Store on Amazon ›

Roundup
Shop the Store on Amazon ›

Kills existing vegetation and prevents new growth for up to 1 year Use on driveways, patios, gravel paths, fence rows and rock landscapes where no vegetation is desired.

Case: 2:23-cv-01541-EAS-EPD  Doc #: 44-4 Filed: 02/05/24 Page: 7 of 22  PAGEID #: 1100

## Similar brands on Amazon

Sponsored ⓘ

ECO GARDEN PRO PROFESSIONAL
Shop the Store on Amazon ›



Roundup
Shop the Store on Amazon ›



ECO Garden PRO - Organic Vinegar Weed Killer | Kid Safe Pet Safe | Clover Killer f...
★★★★☆ 3,142
$26.95 List: $34.95

Roundup for Lawns₁ Ready-to-Use - Tough Weed Killer for Use On Northern Grasse...
★★★★☆ 156
$23.23 List: $28.49

## Products related to this item

Page 1 of 17

Sponsored ⓘ

‹



Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible Results in 3 ...
★★★★☆ 13,716
$48.97 ($0.19/Fl Oz)
✓prime



Replacement Sprayer Wand,3/8" Brass Barb Stainless Steel Sprayer Wand, 24 Inches Un...
★★★★☆ 120
$13.99 ✓prime



ProBio Balance Original - Make 20X More Farm and Garden Soil Conditioner - Super Co...
★★★★☆ 3,351
$32.95 ($0.97/Fl Oz)
✓prime



Ortho GroundClear Weed and Grass Killer Super Concentrate1: Treats up to 8,960 sq. ...
★★★★☆ 3,351
**Limited time deal**
$61.62 ($0.48/Fl Oz)
✓prime
List: $85.99 (28% off)



OEM 11013-0752 Air Filter for Kawasaki FR651V FR691V FR730V FS481V FS541V...
★★★★☆ 411
$12.99 ✓prime



Just For Pets Weed Killer Spray (2.5 Gallon) NO Glyphosate
★★★★☆ 35
$59.95 ($0.19/Fl Oz)
✓prime

›



**ISTA Powered Surface Skimmer and CO2 Reactor**
★★★☆☆ 42
$28.99 ✓prime

Sponsored ⓘ

## Customer reviews

★★★★☆ 4.1 out of 5

315 global ratings

| | | |
|---|---|---|
| 5 star | | 62% |
| 4 star | | 16% |
| 3 star | | 6% |
| 2 star | | 7% |

### Reviews with images



See all customer images

Top reviews ▾

---

Document title: Amazon.com: Ortho GroundClear Vegetation Killer Concentrate, 32-Ounce : Electronics

Capture URL: https://www.amazon.com/Ortho-GroundClear-Vegetation-Concentrate-32-Ounce/dp/B00AZSL6LY/ref=sr_1_8?crid=I6UJ2APJ2TD4&amp;keywords=ortho...

Capture timestamp (UTC): Fri, 30 Jun 2023 15:15:03 GMT

Page 6 of 10



| | | |
|---|---|---|
| 5 star | | 515 global ratings |
| 4 star | | 16% |
| 3 star | | 6% |
| 2 star | | 7% |
| 1 star | | 10% |

˅ How customer reviews and ratings work

## By feature

Easy to use ★★★★½ 4.5

Value for money ★★★½☆ 3.5

## Review this product

Share your thoughts with other customers

Write a customer review

ISTA Powered Surface Skimmer and CO2 Reactor
★★★½☆ 42
$28.99 ✓prime

Sponsored ⓘ

### Read reviews that mention

gallon of water    vegetation killer    ground clear    within hours

kill weeds    whole bottle    weeds and grass    next day    weed killer

works well    followed the directions    get rid    waste of money

[Top reviews ˅]

### Top reviews from the United States

**Kimberly L.**

★★★★★ **It does the job!**

Reviewed in the United States us on March 20, 2023

**Verified Purchase**

Works great! No weeds until it rains again or for a while.

Helpful    Report

**Adams Apple**

★★★★★ **Great Product - However You Need to be Patient!**

Reviewed in the United States us on August 23, 2021

**Verified Purchase**

I purchased Ortho GroundClear Vegetation Killer Concentrate a couple years ago in January 2019. I finally got around to using it this in June 2021. I wasn't sure how well it was going to work since it's been sitting in my garage for so long. I followed the directions on the package and diluted it with water. I then proceeded to spray it on all the weeds & vegetation in my yard that I wanted to eliminate. The next day after spraying, all the weeds were still green and perky. Two days later, still no changes. A week later, still no changes. At this point, I was thinking I would have to get something else to kill these weeds. However, by the end of the second week, everything I sprayed this stuff on began to die. A month later, all those pesty weeds were shriveled up and dead. I am pleased with the final results and would buy this product again in the future.

One person found this helpful

Helpful    Report

**Robert Brown**

★★★★★ **Better Than Weed&Grass Killer**

Reviewed in the United States us on August 7, 2014

**Verified Purchase**

MUCH better than normal wees+grass killer concentrates. Over the past decade, I've been growing more and more dissatisfied with the Weed&Grass Killer products (all brands: Sprectracide, Ortho, et al). Each year I buy them, even though they're advertised as "New! Improved! Stronger Concentrate!" the instructions have required you to use higher and higher settings of concentrate to get the same result as the previous year. So, yeah, they're ripping people off and thinking no one will notice.

So, I run across this "Vegetation Killer" from various brands and decided to try two brands (this review will also appear under the Sprectracide-brand concentrate I purchased and tried because they worked the same). They work MUCH better. They are more difficult to apply in that you should use a tank sprayer, and not a hose-end sprayer. BUT, it has now been two months since first application and the areas I sprayed are still grass and weed free.

This stuff is much less expensive than Weed&Grass Killers and works for a MUCH longer period of time. I put Weed&Grass killer on my gravel drive three weeks AFTER putting this stuff down around the edges of

˅ Read more

Helpful    Report

**Amazon Customer**

★★★☆☆ **Worked within hours but weeds are back again**

Reviewed in the United States us on May 19, 2021

---

put Weed&Grass killer on my gravel drive three weeks AFTER putting this stuff down around the edges of

Helpful    Report



**Amazon Customer**

★★★☆☆ **Worked within hours but weeds are back again**

Reviewed in the United States us on May 19, 2021

**Verified Purchase**

I've used this product every spring for several years and it's always done a great job clearing my crushed bluestone driveway of grass and weeds. This year, it worked within hours as the label said - it used to take a few days for the greenery to start dying down.

But I'm disappointed to find that after only a few weeks, the stuff is growing back again and I'll have to do another application. In the past it's been once and done until the following year. I'll look for a different brand next year.

One person found this helpful

Helpful    Report



**PghDrake**

★★★★★ **Better than Round-Up Spray**

Reviewed in the United States us on August 20, 2013

**Verified Purchase**

Used a full gallon of Round-Up to cover a large area and a week later MOST of it had barely turned brown but there was still a lot of green around. Used this with a gallon of water in the same sprayer and re-sprayed the still-green areas and sprayed a new area as well that hadn't been treated yet.

Ortho's product is already showing significant results 2 days later where the Round-Up took 4-5 days to show any results other than a little withering. The plants sprayed by Ortho's are already turning brown. The area treated by Round-Up also still has solid roots - they are harder to pull and impossible to just rake out of the ground (most of them are growing between bricks on a walkway) where the Ortho treated area's vegetation is already very easy to pull without resistance. Killing the root system means the plants won't grow back any time soon - so this is a really big deal.

I recommend this over Round-Up any day.

-D

26 people found this helpful

Helpful    Report



**Nate**

★★★★★ **They gone!**

Reviewed in the United States us on March 19, 2014

**Verified Purchase**

So...I have always had bad luck with the pre-diluted weed killers and even some of the 50% diluted stuff you get from the big box stores. Fortunately, I pulled the trigger on this along with some diy supplies such as the sprayer and even some pest control concentrates. I must say, within 2 hours of application, I could see the wilting take effect and the weeds grasping for life. The next day, they were all hung in shame and wilting with a little brown showing. Today, day 3, I was able to rake them all from the desert landscaping (arizona) we have with no effort at all. Happy customer and will be buying the 1 gal size of the same solution to help the neighbors out. Thanks Ortho!

4 people found this helpful

Helpful    Report



**Smoothie Dude**

★★★★☆ **Slow to die**

Reviewed in the United States us on July 18, 2019

**Verified Purchase**

This product worked fine. However, it took 3 days for the weeds to die. So initially, I did not think it was working. It has only been 2 weeks since the application, it is too early to comment on the long term effect.

Helpful    Report



**Cynthie Harrison**

★★★☆☆ **Didn't kill most weeds1**

Reviewed in the United States us on September 27, 2021

Verified Purchase

working. It has only been 2 weeks since the application, it is too early to comment on the long term effect.

Helpful     Report



Cynthia Harrison

★★★☆☆ Didn't kill most weeds1

Reviewed in the United States us on September 27, 2021

Verified Purchase

I'm not happy with this product, especially for the price. Six weeks after applying, most of my weeds are still green and healthy!

One person found this helpful

Helpful     Report

See all reviews ›

## Customers who viewed this item also viewed

Page 1 of 7



Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible Results in 3 Hours, Kill...
★★★★☆ 13,718
6K+ bought in past month
$24.66 ($0.19/Fl Oz)
Get it as soon as Thursday, Jul 6
FREE Shipping on orders over $25 shipped by Amazon



Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ
★★★★☆ 349
50+ bought in past month
$32.99 ($1.03/Fl Oz)
Get it as soon as Wednesday, Jul 12
FREE Shipping on orders over $25 shipped by Amazon
Only 8 left in stock - order...



Ortho GroundClear Weed & Grass Killer Super Concentrate1 Fast-Acting Formula Kills the Toughest Weeds a...
★★★★☆ 3,351
500+ bought in past month
$19.09 ($0.60/Fl Oz)



Ortho GroundClear Poison Ivy & Tough Brush Killer1,...
★★★★☆ 1,079
1K+ bought in past month
Amazon's Choice in Weed Killers
$19.97 ($0.62/Fl Oz)
Get it as soon as Thursday, Jul 6
FREE Shipping on orders over $25 shipped by Amazon



Ortho GroundClear Weed & Grass Killer Refill – Grass Killer & Weed Control, Kills...
★★★★☆ 6,009
900+ bought in past month
$18.98
Get it as soon as Wednesday, Jul 5
FREE Shipping on orders over $25 shipped by Amazon



Ortho GroundClear Weed and Grass Killer Super Concentrate – Kills Weeds and Grass, Kills to the Root, Starts Worki...
★★★★☆ 442
50+ bought in past month
$30.97 ($0.97/Fl Oz)
Only 5 left in stock - order...





ISTA Powered Surface Skimmer and CO2 Reactor
★★★☆☆ 42
$28.99 ✓prime

Sponsored ⓘ



Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**Best Sellers in Home Audio & Theater Products**

Page 1 of 9











(Pack of 2) Replaced Remote Control Only for Roku TV, Compatible for TCL Roku/Hisense...

★★★★½ 16,419

**#1 Best Seller** in Remote Controls

$12.57

Get it as soon as **Wednesday, Jul 5**

FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics HDMI Cable, 18Gbps High-Speed, 4K@60Hz, 2160p, Ethernet Ready,...

★★★★½ 511,282

**#1 Best Seller** in HDMI Cables

**35% off** With Prime

$5.56
$8.54

Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Glacier White

★★★★½ 29,517

**#1 Best Seller** in Alarm Clocks

$59.99

Get it as soon as **Thursday, Jul 6**

FREE Shipping on orders over $25 shipped by Amazon

✅ Climate Pledge Friendly ⌄

Amazon Basics HDMI Cable, 18Gbps High-Speed, 4K@60Hz, 2160p, Nylon-Braided Cord, Ethernet Ready, ...

★★★★½ 51,043

**38% off** With Prime

$3.89
$6.23

Newest Universal Remote Control for All Samsung TV Remote Compatible All Samsung LCD LED HDTV 3D Sm...

★★★★½ 11,476

$12.86

Get it as soon as **Thursday, Jul 6**

FREE Shipping on orders over $25 shipped by Amazon

RC280 Replacement Remote Applicable for TCL Roku TV 55UP120 32S4610R 50FS3750 32FS3700 32FS4610R...

★★★★½ 76,419

$6.95

Get it as soon as **Thursday, Jul 6**

FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.



Document title: Amazon.com: Ortho GroundClear Vegetation Killer Concentrate, 32-Ounce : Electronics
Capture URL: https://www.amazon.com/Ortho-GroundClear-Vegetation-Concentrate-32-Ounce/dp/B00AZSL6LY/ref=sr_1_8?crid=I6UJ2APJ2TD4&keywords=ortho...
Capture timestamp (UTC): Fri, 30 Jun 2023 15:15:03 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Amazon.com : Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ : Patio, Lawn & Garden |
| Capture URL: | https://www.amazon.com/Ortho-GroundClear-Vegetation-Killer-Concentrate2/dp/B075R64ZNJ/ref=sr_1_8?keywords=ortho+vegetation+killer&qid=1689174105&sprefix=ortho+vege%2Caps%2C158&sr=8-8 |
| Page loaded at (UTC): | Wed, 12 Jul 2023 15:02:41 GMT |
| Capture timestamp (UTC): | Wed, 12 Jul 2023 15:03:21 GMT |
| Capture tool: | 10.24.3 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 11 |
| Capture ID: | 214QAqea4KFgyJ16xiCtUz |
| User: | btlaw-jfrick |

PDF REFERENCE #:          8U2kqAejyzoDmtTArhjBGx





prime day Hello Select your address | ortho vegetation killer | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Prime Day Deals | Clinic | Customer Service | Best Sellers | Amazon Basics | Prime | Music | New Releases | Books | Registry | Fashion | Shop Prime Day deals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Help their budget go farther
Shop gift cards ›

Patio, Lawn & Garden › Gardening & Lawn Care › Weed & Moss Control › Weed Killers

Roll over image to zoom in

VIDEO

# Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ

Visit the Ortho Store

4.3 ★★★★☆ 348 ratings

Typical price: ~~$30.99~~ Details
Price: $26.28 ($0.82 / Fl Oz)
FREE Returns
You Save: $4.71 (15%)

Get $100 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

- Kills and prevents weeds for up to 1 Year
- Visible results in 6 hours
- Treats 5x more area (when compared to previous formula)
- Apply to driveways; sidewalks; fence lines; patios and gravel areas
- Kills weeds and grasses to the root

## Customer ratings by feature

| | |
|---|---|
| Easy to use | 4.0 |
| Longevity | 3.5 |
| Value for money | 3.3 |

See all reviews

Roundup for Lawns Crabgrass Destroyer1 - Tough Weed Killer, Kills Crabgrass, Apply...
★★★★☆ 1,509
$28.49 prime

Sponsored

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

**One-time purchase:**
$26.28 ($0.82 / Fl Oz)
FREE Returns
FREE delivery Tuesday, July 18
Or fastest delivery Friday, July 14. Order within 15 hrs 57 mins
Select delivery location

In Stock

Qty: 1

Add to Cart
Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | MV Direct |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
$26.28 ($0.82 / Fl Oz)
First delivery on Jul 18
Ships from: Amazon
Sold by: MV Direct

Add to List

New (2) from
$26.28 & FREE Shipping.

Other Sellers on Amazon
$30.20 ($0.94 / Fl Oz) Add to Cart
& FREE Shipping
Sold by: ShipIQ

Have one to sell?
Sell on Amazon

## 4 stars and above

Page 1 of 17

Sponsored

Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible Results in 3 ...
★★★★☆ 13,885
Prime Day Deal
$40.39 ($0.16/Fl Oz)
prime
List: ~~$50.49~~ (20% off)
Exclusive Prime price

Ortho Home Defense Insect Killer for Indoor & Perimeter2: With Comfort Wand, Kills ...
★★★★☆ 73,394
#1 Best Seller
Prime Day Deal
$16.99 prime
List: ~~$20.49~~ (17% off)
Exclusive Prime price

Ortho Home Defense Insect Killer for Lawn & Landscape Concentrate - Treats up to 5,...
★★★★☆ 1,670
Prime Day Deal
$11.19 prime
List: ~~$17.49~~ (36% off)
Exclusive Prime price

Ortho WeedClear Lawn Weed Killer Ready to Spray: For Northern Lawns, 32 oz.
★★★★☆ 8,016
Prime Day Deal
$11.89 ($0.37/Fl Oz)
prime
List: ~~$13.99~~ (15% off)
Exclusive Prime price

BioAdvanced Brush Killer Plus, Concentrate, 32 oz
★★★★☆ 6,692
$15.69 ($0.49/Fl Oz)
prime

Products related to this item

★★★★½ 15,885

**Prime Day Deal**
$40.39 ($0.16/Fl Oz)
✔prime
List: $50.49 (20% off)
Exclusive Prime price

★★★★½ 73,394

**Prime Day Deal**
$16.99 ✔prime
List: $20.49 (17% off)
Exclusive Prime price

★★★★½ 1,670

$11.19 ✔prime
List: $17.49 (36% off)
Exclusive Prime price

★★★★½ 8,016

$11.89 ($0.37/Fl Oz)
✔prime
List: $13.99 (15% off)
Exclusive Prime price

**Add to Cart**
& FREE Shipping
Sold by: ShipIQ ✅

Have one to sell?
**Sell on Amazon**

## Products related to this item

Sponsored ⓘ

Page 1 of 49



Ortho GroundClear Year
Long Vegetation Killer1 -
Concentrate, Visible
Results in 3 ...
★★★★☆ 13,885
**Prime Day Deal**
$40.39 ($0.16/Fl Oz)
✔prime
List: $50.49 (20% off)
Exclusive Prime price

Ortho Home Defense
Insect Killer for Indoor &
Perimeter2 - With
Comfort Wand, Long-...
★★★★½ 73,394
**#1 Best Seller**
$32.79 ✔prime
List: $40.99 (20% off)
Exclusive Prime price

Ortho Home Defense
Insect Killer for Lawn &
Landscape Concentrate -
Treats up to 5,...
★★★★½ 1,670
**Prime Day Deal**
$11.19 ✔prime
List: $17.49 (36% off)
Exclusive Prime price

BioAdvanced Brush Killer
Plus, Concentrate, 32 oz
★★★★½ 6,692
$15.69 ($0.49/Fl Oz)
✔prime

RM43 43-Percent
Glyphosate Plus Weed
Preventer Total
Vegetation Control,...
★★★★½ 2,204
$159.99 ($0.50/Fl Oz)

Spectracide Weed & Grass Killer
Concentrate, Use On...
★★★★½ 3,953
$30.97 ✔prime

Sponsored ⓘ

## From the manufacturer



### Take control of your weeds

Ortho GroundClear Vegetation Killer kills and prevents unwanted weeds and grasses for up to 1 year as it kills to the root. One application of the fast-acting, dual-action formula will kill weeds in driveways, sidewalks, fence lines, patios, pavers, and other areas where no vegetation is desired for up to 1 year. Apply Ortho GroundClear Vegetation Killer, and you can start to see visible results in 6 hours.

Choose from 3 convenient application options including: Ready-To-Use Wand and Refill, Concentrates or Ready-To-Use Sprinkler Cap.

Read product labels for full product instructions.

**Where to Use: Only use where no vegetation is desired for at least 1 year**

Driveways and Sidewalks                    Walkways and Gravel Paths                    Along Fence Lines

**Choose from these 3 application methods, refer to label instructions for use**

Ready-To-Use with Comfort Wand                    Concentrates                    Ready-To-Use with Sprinkler Cap

---

Document title: Amazon.com : Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ : Patio, Lawn &amp; Garden
Capture URL: https://www.amazon.com/Ortho-GroundClear-Vegetation-Killer-Concentrate2/dp/B075R64ZNJ/ref=sr_1_8?keywords=ortho+vegetation…
Capture timestamp (UTC): Wed, 12 Jul 2023 15:03:21 GMT

 

Driveways and Sidewalks        Walkways and Gravel Paths        Along Fence Lines

**Choose from these 3 application methods, refer to label instructions for use**

  

Ready-To-Use with Comfort Wand

Great for spot-treatment areas. No mixing required with this Ready-To-Use option and comes with the Comfort Wand for precise control and maximum accuracy. You can also purchase a refill bottle to use with your existing wand.

Concentrates

Maximize your coverage area with every bottle. To use the concentrate, you will need to apply with an Ortho Dial N Spray, sprinkler can or tank sprayer. Available in multiple sizes.

Ready-To-Use with Sprinkler Cap

Perfect for cracks and crevices. The Ready-To-Use sprinkler cap is easy to use, and no mixing is required. Just remove top cap and tilt bottle slightly to adjust product flow. Sprinkle on area you want to treat.

   

| | Ortho GroundClear Vegetation Killer Ready-To-Use with Comfort Wand | Ortho GroundClear Vegetation Killer Ready-To-Use Refill | Ortho GroundClear Vegetation Killer Concentrates | Ortho GroundClear Vegetation Killer Ready-To-Use with Sprinkler Cap |
|---|---|---|---|---|
| Available size(s) & coverage | 1.33 gallon covers up to 400 sq. ft. | 1.33 gallon covers up to 400 sq. ft. | 32 oz. covers up to 400 sq. ft., 1 gallon covers up to 1,600 sq. ft. or 2 gallon covers up to 3,200 sq. ft. | 1.25 gallon covers up to 94 sq. ft. |
| Features | Comfort Wand provides ease-of-use and precise control for maximum accuracy. | Convenient Ready-To-Use Refill you can use with an existing Comfort Wand. | Great value - maximize coverage area with every bottle. | Sprinkler Cap targets hard to reach cracks and crevices. |

**Compare with similar items**

Document title: Amazon.com : Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ : Patio, Lawn &amp; Garden
Capture URL: https://www.amazon.com/Ortho-GroundClear-Vegetation-Killer-Concentrate2/dp/B075R64ZNJ/ref=sr_1_8?keywords=ortho+vegetation…
Capture timestamp (UTC): Wed, 12 Jul 2023 15:03:21 GMT
Page 3 of 10

| | Features | Comfort Wand provides ease-of-use and precise control for maximum accuracy. | Convenient Ready-To-Use Refill you can use with an existing Comfort Wand. | Great value - maximize coverage area with every bottle. | Sprinkler Cap targets hard to reach cracks and crevices. |

## Compare with similar items



| | This item Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ | BioAdvanced Brush Killer Plus, Concentrate, 32 oz | Roundup Concentrate Max Control 365 Vegetation Killer, 32 oz. | Roundup Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer II |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (348) | ★★★★☆ (6700) | ★★★★☆ (7935) | ★★★★☆ (17745) |
| **Price** | $26.28 | $15.69 | $46.77 | $32.99 |
| **Shipping** | FREE Shipping. Details | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | MV Direct | Amazon.com | Amazon.com | Amazon.com |

## Product Description

Ortho ground clear vegetation Killer Concentrate2 kills your unwanted vegetation & prevents regrowth for up to one year. You can see visible results in 6 hours as it kills weeds & grasses to the root. Our fast acting formula now has 5x improved coverage & is rainproof in 1 hour. When compared to previous formula.

## Product information

| | |
|---|---|
| Product Dimensions | 4.5 x 8.44 x 2.63 inches |
| Item Weight | 2 pounds |
| Manufacturer | The Scotts Company LLC |
| ASIN | B075R64ZNJ |
| Item model number | GroundClear |
| Customer Reviews | 4.3 ★★★★☆ ⌄   348 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #38,016 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#240 in Weed Killers |
| Is Discontinued By Manufacturer | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 4

**Videos for this product**          **Videos for related products**






Document title: Amazon.com : Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ : Patio, Lawn &amp; Garden
Capture URL: https://www.amazon.com/Ortho-GroundClear-Vegetation-Killer-Concentrate2/dp/B075R64ZNJ/ref=sr_1_8?keywords=ortho+vegetation…
Capture timestamp (UTC): Wed, 12 Jul 2023 15:03:21 GMT

Page 4 of 10

|  |  |  |
|---|---|---|
| Features | Comfort Wand provides ease-of-use and precise control for maximum accuracy. | Convenient Ready-To-Use Refill you can use with an existing Comfort Wand. | Great value - maximize coverage area with every bottle. | Sprinkler Cap targets hard to reach cracks and crevices. |

## Compare with similar items



|  | | | | |
|---|---|---|---|---|
| | **This item** Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ | BioAdvanced Brush Killer Plus, Concentrate, 32 oz | Roundup Concentrate Max Control 365 Vegetation Killer, 32 oz. | Roundup Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer II |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (348) | ★★★★☆ (6700) | ★★★★☆ (7935) | ★★★★☆ (17745) |
| **Price** | $26²⁸ | $15⁶⁹ | $46⁷⁷ | $32⁹⁹ |
| **Shipping** | FREE Shipping. Details | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping. Details | FREE Shipping. Details |
| **Sold By** | MV Direct | Amazon.com | Amazon.com | Amazon.com |

## Product Description

Ortho ground clear vegetation Killer Concentrate2 kills your unwanted vegetation & prevents regrowth for up to one year. You can see visible results in 6 hours as it kills weeds & grasses to the root. Our fast acting formula now has 5x improved coverage & is rainproof in 1 hour. When compared to previous formula.

## Product information

| | |
|---|---|
| Product Dimensions | 4.5 x 8.44 x 2.63 inches |
| Item Weight | 2 pounds |
| Manufacturer | The Scotts Company LLC |
| ASIN | B075R64ZNJ |
| Item model number | GroundClear |
| Customer Reviews | 4.3 ★★★★☆ ⌄   348 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #38,016 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#240 in Weed Killers |
| Is Discontinued By Manufacturer | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 4

**Videos for this product**      **Videos for related products**






## Videos

Videos for this product


**Ortho Ground Clear Vegetation Killer Concentrate 1 GAL.Ortho–...**
Merchant Video
1:14

Videos for related products


**How To Use GroundClear Super Concentrate**
The Scotts Company LLC
1:02


**RM43 Total Vegetation Control Honest Review After 4 Years...**
The Woods'
2:26


**Gets rid of weeds and p... for months!**
Mister and Miss Ginger Jon

Page 1 of 4

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 24


Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible Results in 3 ...
★★★★☆ 13,885
**Prime Day Deal**
$40.39 ($0.16/Fl Oz)
✓prime
List: $50.49 (20% off)
Exclusive Prime price


Ortho Home Defense Insect Killer for Indoor & Perimeter2: With Comfort Wand, Kills ...
★★★★☆ 73,394
#1 Best Seller
**Prime Day Deal**
$16.99 ✓prime
List: $20.49 (17% off)
Exclusive Prime price


Ortho Orthene Fire Ant Killer1 (Twin Pack)
★★★★☆ 22,270
**Prime Day Deal**
$20.39 ✓prime
List: $25.49 (20% off)


Ortho Dial N Spray Hose-End Sprayer for Liquid Weed and Insect Killer, Fungicide, F...
★★★★☆ 15,459
$16.99 ✓prime
Exclusive Prime price


Ortho Home Defense Max Kitchen Insect Killer: Controls & Sanitizes In One Treatment...
★★★★☆ 164
$8.88 ✓prime


Ortho Home Defense Max Bed Bug, Flea and Tick Killer – With Ready-to-Use Comfort Wa...
★★★★☆ 23,571
$20.02 ✓prime


Right Temp. Right Now.
EF ECOFLOW Wave 2 Portable Air Conditioner, Air Conditioning Unit with Heat, Air Portable AC for...
★★★☆☆ 83
**30% off** Prime Day Deal
$909.00 $1,299.00 ✓prime

Sponsored ⓘ

## Brands in this category on Amazon

Sponsored ⓘ











## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

▲
0
votes

**Question:** How many ounces of this concentrate is suggested to add to 1 gallon of water? All 32 ounces? That doesn't seem like a "concentrate " to me.

**Answer:** Try with less water
By Sylvia on July 22, 2021

▲
0
votes

**Question:** Can the ortho dial n spray be used to broadcast groundclear concentrate over a large weeded area?

**Answer:** As long as the ratio of water to chemical is correct should not be a problem. If treating taller foliage may need to treat separately from low growth. Be careful not to over spray. The chemical kills what it touches!
By Susan Engle on July 22, 2021

⌄ See more answers (1)

▲
0
votes

**Question:** How long before pets can go in the area?

**Answer:** We usually wait 2 - 3 hours to make sure the spray dries before letting our pets outside.
By L. Lopez on June 21, 2019

▲
0
votes

**Question:** How much of the 32 oz. refill conc. do I use for the one gallon spray?

**Answer:** I'd return the 'ground clear'. Everything I sprayed is still alive and growing...and I used the concentrate over 10 days ago. Your suppose to use 3 whole cups of it per 1 gallon. I'd return it if I were you.
By Tiena Davidson on March 21, 2020

⌄ See more answers (3)

See more questions

## Customer reviews

⭐⭐⭐⭐½ 4.3 out of 5

348 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 65% |
| 4 star | ██ | 14% |
| 3 star | █ | 10% |
| 2 star | █ | 5% |
| 1 star | █ | 6% |

⌄ How customer reviews and ratings work

### By feature

| | | |
|---|---|---|
| Easy to use | ⭐⭐⭐⭐☆ | 4.0 |
| Longevity | ⭐⭐⭐½☆ | 3.5 |
| Value for money | ⭐⭐⭐½☆ | 3.3 |

### Read reviews that mention

weed killer | home depot | another brand | save your money

waste of money | works great | grass and weeds

weeds turned brown and die | kill weeds | mixed | roundup | sprayed

Top reviews ⌄

### Top reviews from the United States



JESUS RICANO

⭐⭐⭐⭐☆ **Great to keep weeds in control but many plants are very sensitive to it**
Reviewed in the United States us on September 12, 2020
**Verified Purchase**

I like it helps to keep weeds in control on my driveway, sidewalk curbs. But some plants are very sensitive to it like pine trees, edge bushes. So I don't spray near to them like 2ft away.

Helpful | Report

Cris K





---



## By feature

| Easy to use | ★★★★☆ 4.0 |
| Longevity | ★★★☆☆ 3.5 |
| Value for money | ★★★☆☆ 3.3 |

### Review this product

Share your thoughts with other customers

Write a customer review

**SPORTS RESEARCH**

**Healthy Hair & Skin** with Organic Coconut Oil

BIOTIN

Sports Research High Potency Biotin Sup...

**37% off** Prime Day Deal

$11.87 $18.95 ✓prime

Sponsored ⓘ

---

★★★★☆ **Great to keep weeds in control but many plants are very sensitive to it**

Reviewed in the United States on September 12, 2020

Verified Purchase

I like it helps to keep weeds in control on my driveway, sidewalk curbs. But some plants are very sensitive to it like pine trees, edge bushes. So I don't spray near to them like 2ft away.

Helpful | Report

Craig K.

★★★★★ **Kills everything**

Reviewed in the United States us on October 1, 2022

Verified Purchase

Neighbors Kudzu kept climbing on my fence. I now spray this three feet into his yard and no more kudzu on my fence in NC.

One person found this helpful

Helpful | Report

Jack D

★★★★☆ **It will kill your lawn if you're not caregul**

Reviewed in the United States us on August 7, 2020

Verified Purchase

While easy to use especially if you have the battery powered spray wand. It doesn't kill the big vegetation in six hours as indicated. For so.e weeds a second application is required.

Helpful | Report

R.M.

★★★★☆ **Great Value but Slow to Kill Vegetation**

Reviewed in the United States us on June 22, 2019

Verified Purchase

For the money, this is a good product but like I said, a bit slow to work. Now whether or not it works for a full year is something I'll have to wait to find out.

One person found this helpful

Helpful | Report

Linda M. Skankey

★★☆☆☆ **Needs several applications for the weeds we have.**

Reviewed in the United States us on February 7, 2023

Verified Purchase

I believe this product may be weaker or different than that we get at Home Depot or even WalMart. Had to apply several times before we saw the weeds die. We have a huge yard, so this makes it very expensive.

Helpful | Report

J Bennett

★★★★★ **Love this stuff!**

Reviewed in the United States us on February 8, 2020

Verified Purchase

I had thousands of baby weeds pop up in my yard a few weeks ago. I sprayed Ground Clear and now I don't have any, and if it works the way it usually does I won't have to worry about weeds for the next six to nine months.

2 people found this helpful

Helpful | Report

Heather Lorenz

★★★★★ **Best weed killer**

Reviewed in the United States us on March 2, 2020

Verified Purchase

Love this weed killer, have been using it for years. Works fast and lasts a long time. Make sure your using it on a sunny day! Rarely find at home depot anymore so I just buy it off amazon!

3 people found this helpful

Helpful | Report

---

Verified Purchase

on a sunny day! Rarely find at home depot anymore so I just buy it off amazon!

3 people found this helpful

Helpful | Report

Carrie

★★★★★ **Worked as described!**

Reviewed in the United States us on May 27, 2019

Verified Purchase

I could see wilting of weeds w/in a few hours and definitely dead by 7 days. The weeds in my courtyard were out of control, some 3ft high when I used this product

Helpful | Report

**See all reviews** ›

## Related products from Ortho

Sponsored ⓘ

Page 1 of 4








| Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible Results in 3 ... | Ortho Home Defense Insect Killer for Indoor & Perimeter2 - With Comfort Wand, Long-... | Ortho Home Defense Insect Killer for Lawn & Landscape Concentrate - Treats up to 5,... | Ortho WeedClear Lawn Weed Killer Ready-to-Use Refill: For Northern Lawns, 1.33 gal. | Ortho WeedClear Weed Killer for Lawns Concentrate, Kills Dandelion, and Clover,... | Ortho GroundClear Poison Ivy & Tough Brush Killer1, Concentrate, 32 fl. oz. |
|---|---|---|---|---|---|
| ★★★★☆ 13,900 | ★★★★☆ 73,394 | ★★★★½ 1,670 | ★★★★☆ 8,012 | ★★★★☆ 6,846 | ★★★★☆ 1,099 |
| $24.66 ($0.19/Fl Oz) | #1 Best Seller | Prime Day Deal | $17.48 ($0.11/Fl Oz) | $36.02 ($0.28/Fl Oz) | $19.97 ($0.62/Fl Oz) |
| ✓prime | Prime Day Deal | $11.19 ✓prime | ✓prime | ✓prime | ✓prime |
| | $32.79 ✓prime | List: $17.49 (36% off) | | | |
| | List: $40.99 (20% off) | Exclusive Prime price | | | |
| | Exclusive Prime price | | | | |






SPORTS RESEARCH — Healthy Hair & Skin with Organic Coconut Oil

Sports Research High Potency Biotin Sup...
37% off Prime Day Deal
$11.87 $18.95 ✓prime

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help



Best Sellers in Gardening & Lawn Care

Page 1 of 7

AeroGarden Harvest with Gourmet Herb Seed Pod Kit - Hydroponic Indoo...
★★★★★ 19,623
900+ bought in past month
#1 Best Seller in Patio, Lawn & Garden
70% off  Prime Day Deal
$49.99
List: $164.95

Thermacell Patio Shield Mosquito Repeller;...
Mosquito Repeller -...
★★★★☆ 41,094
10K+ bought in past month
#1 Best Seller in Outdoor Ultrasonic Insect & Pest Repellers
25% off  Prime Day Deal
$14.96 ($14.96/Count)
$19.99

TERRO T300B Liquid Ant Killer, 12 Bait Stations
★★★★☆ 99,558
100K+ bought in past month
#1 Best Seller in Pest Control Baits & Lures
21% off  Prime Day Deal
$10.32
$12.99

Safer Home SH502 Indoor Plug-In Fly Trap for Flies, Fruit Flies,...
★★★★☆ 6,304
100K+ bought in past month
#1 Best Seller in Pest Control Traps
$17.97
Get it as soon as Thursday, Jul 20
FREE Shipping on orders over $25 shipped by Amazon

Thermacell Rechargeable Mosquito Repeller Refills; Advanced Repellent Formula...
★★★★☆ 11,239
40K+ bought in past month
$51.08 ($51.60/Fl Oz)
Get it as soon as Monday, Jul 17
FREE Shipping on orders over $25 shipped by Amazon

Ortho Home Defense Insect Killer for Indoor & Perimeter2: With...
★★★★☆ 73,435
20K+ bought in past month
#1 Best Seller in Insect & Pest Repellent Sprays
17% off  Prime Day Deal
$16.99
$20.49

See personalized recommendations

**Sign in**

New customer? Start here.

