# Exhibit E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-363-784**

**Effective Date of Registration:**
August 28, 2023

**Registration Decision Date:**
September 27, 2023

---

## Title

**Title of Work:** Ortho GroundClear Black Label

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** OMS Investments, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** OMS Investments, Inc.
10250 Constellation Blvd., Suite 2800, Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** the list of ingredients, the safety warnings, the measurement of the contents of the product

**New material included in claim:** photograph, 2-D artwork

## Rights and Permissions

**Organization Name:** Barnes & Thornburg LLP
**Name:** Christopher M. Dolan
**Email:** cdolan@btlaw.com

Page 1 of 2

**Certification**

Name: Christopher M. Dolan
Date: August 21, 2023

Correspondence: Yes