# Exhibit F

LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on March 24, 2023 a claim to copyright a work identified as **ORTHO HOME DEFENSE LABEL** was registered under number **VA 2-350-764.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on November 1, 2023.

        Shira Perlmutter
        United States Register of Copyrights and Director

By:   Angela Hightower
       Supervisory Copyright Specialist
       Records Research and Certification Division
       Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-350-764

**Effective Date of Registration:**
March 24, 2023
**Registration Decision Date:**
June 09, 2023

---

### Title

**Title of Work:** Ortho Home Defense Label

### Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

### Author

- **Author:** OMS Investments, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** OMS Investments, Inc.
10250 Constellation Blvd., Suite 2800, Los Angeles, CA, 90067

### Limitation of copyright claim

**Material excluded from this claim:** QR Code

**New material included in claim:** 2-D artwork

### Rights and Permissions

**Organization Name:** Barnes & Thornburg LLP
**Name:** Christopher Dolan
**Email:** cdolan@btlaw.com

### Certification

Page 1 of 2

        **Name:** Mindy Walser
        **Date:** March 24, 2023
**Applicant's Tracking Number:** 69054-323489

---

    **Correspondence:** Yes

Registration #:   VA0002350764
Service Request #:   1-12260757881

Barnes & Thornburg LLP
Christopher Dolan
One North Wacker Drive Suite 4400
Chicago, IL 60606 United States