# Exhibit G



FREE SHIPPING ON ORDERS OVER $35

BIOADVANCED    NATRIA    Your Account

SHOP ⌄    SOLUTION CENTER ⌄    Search by Product, Keyword, or Problem 🔍

HOME



← →

   

← →

# Complete Brand Insect Killer

## $14.49

★★★★★ 4.6 (10)  Write a review

- Kills ants & roaches in seconds
- For indoor and outdoor use
- Keeps insects* out of your home
*listed pests/insects

**Learn More** ↓

**SIZE**  1 Gallon

[ 1 GALLON ]

**CHOOSE QUANTITY**

[ − ]  1  [ + ]

[ ADD TO CART ]    [ ♡ ADD TO WISH LIST ]

---

Overview    Explore    How to Use    Reviews    Q&A

---



DOUBLE PROTECTION: INDOORS &

We use cookies to improve your experience. Please read our Privacy Policy or click Accept. ✕

💬 Chat with an Expert

---

Document title: Complete Brand Insect Killer | Bioadvanced
Capture URL: https://bioadvanced.com/complete-brand-insect-killer.html?typesimple&amp;#552=1098
Capture timestamp (UTC): Thu, 12 Oct 2023 17:54:24 GMT

Page 1 of 4









## INDOOR PROTECTION FOR UP TO 12 MONTHS*

Kills a wide range of crawling, flying and wood-infesting pests

*For German cockroaches, black carpenter ants and house crickets on non-porous surfaces

## OUTDOOR BARRIER TREATMENT

Effective outdoor barrier keeps listed insects from entering your home

## KILLS ANTS AND ROACHES IN SECONDS

Kills ants and roaches fast. Just spray and walk away. Controlling household pests has never been easier

Complete Brand Insect Killer

$14.49

CHOOSE SIZE
1 GALLON

CHOOSE QUANTITY
− 1 +

We use cookies to improve your experience. Please read our Privacy Policy or click Accept.

💬 Chat with an Expert

Document title: Complete Brand Insect Killer | Bioadvanced
Capture URL: https://bioadvanced.com/complete-brand-insect-killer.html?typesimple&amp;#552=1098
Capture timestamp (UTC): Thu, 12 Oct 2023 17:54:24 GMT