# Exhibit H

BIOADVANCED | NATRIA | Your Account



PRODUCTS   SOLUTION CENTER   Search by Product, Keyword, or Problem

HOME




   

# Extended Control Brush Killer

★★★★★ 4.6 (38)   Write a review

- See Results in Minutes
- Kills Down to the Root
- Lasts up to 12 Months

Learn More ↓

SIZE   1 Gallon

[ 1.3 GALLON ]   [ 1 GALLON ]   [ 32 OZ. CONCENTRATE ]

### BUY NOW AT

  
  

| Overview | Explore | How to Use | Reviews | Q&A |



---

Document title: Extended Control Brush Killer
Capture URL: https://bioadvanced.com/extended-control-brush-killer.html?typesimple&amp;#552=1098
Capture timestamp (UTC): Tue, 12 Dec 2023 03:16:31 GMT

Page 1 of 4





**PROTECTS FOR UP TO 12 MONTHS**

Kills the toughest brush down to the root for up to 12 months, including Poison Ivy, Poison Oak, Blackberry, Kudzu, English Ivy, Bamboo and other listed brush



**SEE RESULTS IN MINUTES**

Selective systemic herbicide products results in minutes, with visual symptoms, such as wilting and yellowing appearing in 1 to 28 days



**RAINPROOF IN 4 HOURS**

Get control that won't wash away

Case: 2:23-cv-01541-EAS-EPD Doc #: 44-8 Filed: 02/05/24 Page: 4 of 5 PAGEID #: 1130



**WHEN TO APPLY**

SPRING  SUMMER  FALL 

Apply when listed weeds are fully leafed out and actively growing. Apply when wind is calm

See label for more details



**WHERE TO APPLY**

GET UP TO 365 DAYS OF BRUSH CONTROL

Around Homes & Buildings | Fences | Walkways | Trails | Wooded Areas

See label for more details

**BIOADVANCED** — SCIENCE-BASED SOLUTIONS

**GET MORE FROM THE BLUE BOTTLE®**



**Tips, Trends, and Offers Just for You**

You have lawn and garden needs, we have solutions! Enter your email and zip and we'll send you personalized content and special offers.

Contact Us

Document title: Extended Control Brush Killer
Capture URL: https://bioadvanced.com/extended-control-brush-killer.html?typesimple&amp;#552=1098
Capture timestamp (UTC): Tue, 12 Dec 2023 03:16:31 GMT

Page 3 of 4



## Tips, Trends, and Offers Just for You

You have lawn and garden needs, we have solutions! Enter your email and zip and we'll send you personalized content and special offers.

| Your Email Address | Zip Code | SIGN UP |

**VIEW CATEGORIES**
- Lawn Care
- Rose & Flower Care
- Tree & Shrub Care
- Insect & Pest Control
- Garden, Fruit & Citrus Care
- Weed, Grass & Brush Control

**CUSTOMER CARE**
- About Us
- Contact Us
- Satisfaction guarantee
- Disclosures
- FAQ
- Rebate Center

**SOLUTION CENTER**
- Problem Solver
- Learning Articles
- Environmental Stewardship

**FOLLOW US**



**ALSO OF INTEREST**  Brush Killer Plus Concentrate    Brush Killer Plus Ready-To-Use    Brush Killer WIP

Copyright © 2023 bioadvanced.com All Right Reserved.

  

Contact Us