# EXHIBIT 1












Delivering to Raleigh 27410 Update location | Garden & Outdoor | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All · Holiday Deals · Medical Care · Best Sellers · Amazon Basics · Prime · Today's Deals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Natural Pet Safe Weed & Grass Killer  $24.95 prime

Sponsored

Patio, Lawn & Garden › Gardening & Lawn Care › Weed & Moss Control › Weed Killers

Roll over image to zoom in

2 VIDEOS

**Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ**

Visit the Ortho Store

4.2  359 ratings

$20.90 ($0.65 / Fl Oz)

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $20.90 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

- Kills and prevents weeds for up to 1 Year
- Visible results in 6 hours
- Treats 5x more area (when compared to previous formula)
- Apply to driveways; sidewalks; fence lines; patios and gravel areas
- Kills weeds and grasses to the root

**Customer ratings by feature**

Easy to use  3.9
Longevity  3.3
Value for money  3.2

See all reviews

Natural Pet Safe... $25.60 $26.9... Save 5% more

Sponsored

**prime**

Join Prime for free delivery on millions of items and instant savings.

Delivery | Pickup

$20.90 ($0.65 / Fl Oz)

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery** Tuesday, October 31 on orders shipped by Amazon over $35

Or fastest delivery **Sunday, October 29**. Order within **2 hrs 14 mins**

Delivering to Raleigh 27410 - Update location

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | JCR Freight
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

**Frequently bought together**

Total price: $80.35

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

This item: Ortho GroundClear Vegetation Killer Concentrate2, 3... $20.90 ($0.65/Fl Oz)

Chapin 20000 Made in USA 1-Gallon Lawn and Garden Pump Pressure... $10.47

Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible... $48.98 ($0.19/Fl Oz)

Natural Pet Safe Weed & Grass Killer
Ecology Living Solutions Weed Kill... $33.20 $34.95 prime
Save 5% more with Subscribe & Save

**4 stars and above**  Page 1 of 22

4 stars and above

Sponsored

Page 1 of 22

Sponsored








Ortho GroundClear Year Long Vegetation Killer Ready-to-Use Wand with Refill, 1.33 gal.
80
$58.97 ($0.35/Fl Oz)

Ortho GroundClear Year Long Vegetation Killer Refill - Visible Results in 1 Hour, K...
1,911
$25.98 ($0.15/Fl Oz)

Roundup Ready-To-Use Weed & Grass Killer III -- with Sure Shot Wand, Use in & Aroun...
34,197
#1 Best Seller
$23.99 ($0.14/Fl Oz)

Ortho WeedClear Weed Killer for Lawns Concentrate: Treats up to 16,000 sq. ft., Won...
5,313
$10.77 ($0.34/Fl Oz)

## Products related to this item

Page 1 of 35

Sponsored








Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible Results in 3 ...
11,200
$29.97 ($0.23/Fl Oz)

Ortho GroundClear Weed and Grass Killer Super Concentrate1: Treats up to 8,960 sq. ...
3,743
$80.00 ($0.63/Fl Oz)
Save $7.00 with coupon

Ortho GroundClear Year Long Vegetation Killer Refill - Visible Results in 1 Hour, K...
1,911
$25.98 ($0.15/Fl Oz)

Ortho GroundClear Year Long Vegetation Killer Ready-to-Use Wand with Refill, 1.33 gal.
80
$58.97 ($0.35/Fl Oz)

Ortho WeedClear Weed Killer for Lawns Concentrate: Treats up to 16,000 sq. ft., Won...
5,313
$10.77 ($0.34/Fl Oz)

## From the manufacturer



### Take control of your weeds

Ortho GroundClear Vegetation Killer kills and prevents unwanted weeds and grasses for up to 1 year as it kills to the root. One application of the fast-acting, dual-action formula will kill weeds in driveways, sidewalks, fence lines, patios, pavers, and other areas where no vegetation is desired for up to 1 year. Apply Ortho GroundClear Vegetation Killer, and you can start to see visible results in 6 hours.

Choose from 3 convenient application options including: Ready-to-Use Wand and Refill, Concentrates or Ready-to-Use Sprinkler Cap.

Read product labels for full product instructions.

**Where to Use:** Only use where no vegetation is desired for at least 1 year

Driveways and Sidewalks

Walkways and Gravel Paths

Along Fence Lines

**Choose from these 3 application methods, refer to label instructions for use**

Ready-To-Use with Comfort Wand

Great for spot-treatment areas. No mixing required with this Ready-To-Use option and comes with the Comfort Wand for precise control and maximum accuracy. You can also purchase a refill bottle to use with your existing wand.

Concentrates

Maximize your coverage area with every bottle. To use the concentrate, you will need to apply with an Ortho Dial N Spray, sprinkler can or tank sprayer. Available in multiple sizes.

Ready-To-Use with Sprinkler Cap

Perfect for cracks and crevices. The Ready-To-Use sprinkler cap is easy to use, and no mixing is required. Just remove top cap and tilt bottle slightly to adjust product flow. Sprinkle on area you want to treat.






|  | Ortho GroundClear Vegetation Killer Ready-To-Use with Comfort Wand | Ortho GroundClear Vegetation Killer Ready-To-Use Refill | Ortho GroundClear Vegetation Killer Concentrates | Ortho GroundClear Vegetation Killer Ready-To-Use with Sprinkler Cap |
|---|---|---|---|---|
| Available size(s) & coverage | 1.33 gallon covers up to 400 sq. ft. | 1.33 gallon covers up to 400 sq. ft. | 32 oz. covers up to 400 sq. ft., 1 gallon covers up to 1,600 sq. ft. or 2 gallon covers up to 3,200 sq. ft. | 1.25 gallon covers up to 94 sq. ft. |
| Features | Comfort Wand provides ease-of-use and precise control for maximum accuracy. | Convenient Ready-To-Use Refill you can use with an existing Comfort Wand. | Great value - maximize coverage area with every bottle. | Sprinkler Cap targets hard to reach cracks and crevices. |

## Compare with similar items

|  | **This item** Ortho GroundClear Vegetation Killer Concentrate2, 32 OZ | RM43 76502 32Oz Total Veg Control Glyph Imazapyr Weed Preventer, 0.25 - Gallon | Hi-Yield (33692) Super Concentrate Killzall Weed & Grass Killer (32 oz) | Roundup Concentrate Max Control 365 Vegetation Killer, 32 oz. |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (359) | (12941) | (2618) | (6892) |
| **Price** | $20$^{90}$ | $35$^{79}$ | $23$^{44}$ | $45$^{88}$ |
| **Shipping** | FREE Shipping on orders over $35.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping. Details | FREE Shipping on orders over $35.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping. Details |
| **Sold By** | JCR Freight | Monster Pets | Harwell's Green Thumb | Colorado's Choice Nursery |

## Product information

| | |
|---|---|
| Product Dimensions | 4.5 x 8.44 x 2.63 inches |
| Item Weight | 2 pounds |
| Manufacturer | The Scotts Company LLC |
| ASIN | B075R64ZNJ |
| Item model number | GroundClear |
| Customer Reviews | 4.2        359 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #94,981 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#319 in Weed Killers |
| Is Discontinued By Manufacturer | No |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

## Videos

### Videos for this product

0:59
Kill Off Any Unwanted Vegetation!
Homegrown How To

1:14
Ortho Ground Clear Vegetation Killer Concentrate 1 GAL.Ortho–…
Merchant Video

### Videos for related products

0:42
Control Your Weeds For Up To A Year With This Product
Liza Sidarenka

Yo
yo
Be

Upload your video

## Important information

To report an issue with this product, **click here**.

## Products related to this item

Sponsored


Ortho GroundClear Year Long Vegetation Killer1 - Concentrate, Visible Results in 3 …
11,200
**$48.98**  ($0.19/Fl Oz)


Ortho GroundClear Weed and Grass Killer Super Concentrate1: Treats up to 8,960 sq. …
3,743
**$80.00**  ($0.63/Fl Oz)


Ortho GroundClear Year Long Vegetation Killer Refill - Visible Results in 1 Hour, K…
1,911
**$25.98**  ($0.15/Fl Oz)


Ortho Home Defense Insect Killer for Indoor & Perimeter2: With Comfort Wand, Kills …
75,532
#1 Best Seller
**$20.49**  ($0.15/Fl Oz)


Ortho Tree & Shrub Fruit Tree Spray, 16-Ounce
931
**$23.12**


Dandy DT-01 (1
Lawn Care Robo
**$749.00**

Case: 2:23-cv-01541-EAS-EPD Doc #: 45-1 Filed: 02/20/24 Page: 8 of 9 PAGEID #: 1189



Natural Armor Weed and Grass Killer, All-Natural Concentrated Formula, Contains No Glyphosate…

5,325

$28.45  $29.95  ✓prime

Save 5% more  with Subscribe & Save

Sponsored

---

Sponsored

| Liquid Harvest | ECO GARDEN PRO PROFESSIONAL | Ortho |
| --- | --- | --- |
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › |



Concentrated Surfactant for Herbicides Non-Ionic 16oz, Increase Product… 1,356 $12.99 Typical: $13.99

ECO Garden PRO - Organic Vinegar Weed Killer | Kid/Pet Safe | Clover Moss Killer … 3,386 $26.95 List: $34.95

Ortho GroundClear Vegetation Killer1: with … $19.97 List:

---

# Looking for specific info?

---

## Customer reviews

**4.2 out of 5**

359 global ratings

| 5 star | 64% |
| 4 star | 14% |
| 3 star | 10% |
| 2 star | 5% |
| 1 star | 8% |

˅ How customer reviews and ratings work

Top reviews

### Top reviews from the United States

 Amazon Customer

**This stuff really works**
Reviewed in the United States on October 9, 2023
**Verified Purchase**

I've used this ground cover/ weed killer previously so that's why I ordered it again. It does what it says. I have a brick patio that weeds like to grow between the cracks. I sprayed this on and by the next day clean up of those weeds was simple. Plus the weeds did not grow for many months.

Helpful    Report

JESUS RICANO

**Great to keep weeds in control but many plants are very sensitive to it**
Reviewed in the United States on September 12, 2020
**Verified Purchase**

I like it helps to keep weeds in control on my driveway, sidewalk curbs. But some plants are very sensitive to it like pine trees, edge bushes. So I don't spray near to them like 2ft away.

Helpful    Report

Jack D

Sponsored

**It will kill your lawn if you're not caregul**
Reviewed in the United States on August 7, 2020
Verified Purchase

While easy to use especially if you have the battery powered spray wand. It doesn't kill the big vegetation in six hours as indicated. For so.e weeds a second application is required.

Helpful   Report

R.M.

**Great Value but Slow to Kill Vegetation**
Reviewed in the United States on June 22, 2019
Verified Purchase

For the money, this is a good product but like I said, a bit slow to work. Now whether or not it works for a full year is something I'll have to wait to find out.

One person found this helpful

Helpful   Report

Craig K.

**Kills everything**
Reviewed in the United States on October 1, 2022
Verified Purchase

Neighbors Kudzu kept climbing on my fence. I now spray this three feet into his yard and no more kudzu on my fence in NC.

One person found this helpful

Helpful   Report

David

**Concentrate????**
Reviewed in the United States on July 17, 2023
Verified Purchase

Not really a concentrate. Use right out of the bottle. No 2oz per gallon or anything like that.

Helpful   Report

J Bennett

**Love this stuff!**
Reviewed in the United States on February 8, 2020
Verified Purchase

I had thousands of baby weeds pop up in my yard a few weeks ago. I sprayed Ground Clear and now I don't have any, and if it works the way it usually does I won't have to worry about weeds for the next six to nine months.

2 people found this helpful

Helpful   Report

Heather Lorenz

**Best weed killer**
Reviewed in the United States on March 2, 2020
Verified Purchase

Love this weed killer, have been using it for years. Works fast and lasts a long time. Make sure your using it on a sunny day! Rarely find at home depot anymore so I just buy it off amazon!

3 people found this helpful

Helpful   Report

See more reviews ›




**Natural Pet Safe Weed & Grass Killer**
$25.60 $26.95 prime
Save 5% more with Subscribe & Save

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Your Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract,<br>and engage<br>customers | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
| Amp<br>Host your own live<br>radio show with<br>music you love | Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office<br>Data |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited<br>Photo Storage<br>Free With<br>Prime | Prime Video Direct<br>Video<br>Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home |
| | Neighbors App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription Boxes<br>Top subscription boxes<br>– right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new<br>products<br>you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates