UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE SCOTTS COMPANY LLC, and OMS INVESTMENTS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SBM LIFE SCIENCE CORP.,**<br><br>Defendant. | Case No. 2:23-cv-001541<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Elizabeth Preston Deavers |

**JOINT MOTION TO EXTEND CASE DEADLINES**

Plaintiffs The Scotts Company, LLC and OMS Investments, Inc. (collectively, "Plaintiffs") and Defendant SBM Life Science Corp. ("Defendant") hereby jointly request that the Court extend the current case deadlines as set forth herein. (Plaintiffs and Defendant are referred are collectively referred to herein as the "Parties.")  In support of this Motion, the Parties state as follows:

1. On October 17, 2023, the Court set the current case deadlines in its Preliminary Pretrial Order (ECF#16; PageID#371).  Fact discovery is currently set to close on May 31, 2024. *Id.*

2. The Parties have exchanged written discovery requests and responses but require additional time to complete discovery, including, but not limited to, producing documents, addressing discovery deficiencies, producing electronically-stored information, and conducting depositions.

3. On February 20, 2024, Defendant filed a Partial Motion to Dismiss the Second Amended Complaint. (ECF#45; PageID#1132). Defendant's motion is fully briefed, but the Court has not yet issued a ruling on the motion. As such, Defendant has not yet answered the Second Amended Complaint.

4. This is the Parties' first request to extend the discovery deadlines in this case.

5. In light of these facts, the Parties respectfully submit that good cause exists under Rule 16(b)(4), Fed. R. Civ. P., to extend the case deadlines as follows:

| Event | Current Deadline (ECF 16) | Proposed Deadline |
|---|---|---|
| Close of fact discovery | 5/31/2024 | 9/30/2024 |
| Plaintiffs' settlement demand | 6/7/2024 | 10/7/2024 |
| Defendant's response to settlement demand | 6/21/2024 | 10/21/2024 |
| Primary Expert Reports (issues on which party bears burden of proof) | 7/15/2024 | 11/12/2024 |
| Responsive Expert Reports (issues on which opposing party bears burden of proof) | 8/30/2024 | 1/8/2025 |
| Rebuttal Expert Reports | 9/20/2024 | 1/31/2025 |
| Settlement conference | 9/30/2024 | 2/14/2025 |
| Complete discovery (including expert discovery) | 10/25/2024 | 3/7/2025 |
| Dispositive motions | 12/5/2024 | 4/11/2025 |

The Parties appreciate the Court's continued assistance with scheduling matters and its consideration of this Joint Motion.

Respectfully submitted,

| **The Scotts Company LLC and OMS Investments, Inc.** | **SBM Life Science Corp.** |
|---|---|
| */s/ Joshua S. Frick (per authorization)* <br> David M. DeVillers (0059456) <br> BARNES & THORNBURG LLP <br> 41 South High Street, Ste. 3300 <br> Columbus, OH 43215 <br> Telephone: (614) 628-0096 <br> Facsimile: (614) 628-1433 (fax) <br> Email: DDeVillers@btlaw.com <br><br> Christopher M. Dolan (pro hac vice forthcoming) <br> Lawrence E. James, Jr. (admitted *pro hac vice*) <br> Joshua S. Frick (admitted *pro hac vice*) <br> BARNES & THORNBURG LLP <br> One North Wacker Drive, Suite 4400 <br> Chicago, IL 60606 <br> Telephone: (312) 357-1313 <br> Email: cdolan@btlaw.com <br> Email: lee.james@btlaw.com <br> Email: joshua.frick@btlaw.com <br><br> *Attorneys for Plaintiffs* | */s/ Lindsay M. Nelson* <br> Katherine C. Ferguson (0079207) <br> Lindsay M. Nelson (0095560) <br> Kooperman Mentel Ferguson Yaross Ltd. <br> 250 East Town Street, Suite 200 <br> Columbus, Ohio 43215 <br> Telephone: (614) 344-4800 <br> Facsimile: (614) 344-4801 <br> kferguson@kmfylaw.com <br> lnelson@kmfylaw.com <br><br> Robert J. Morris (*pro hac vice* forthcoming) <br> Philip J. Cardinale (*pro hac vice* forthcoming) <br> Danielle B. Dobosz (*pro hac vice* forthcoming) <br> Smith Anderson Blount Dorsett Mitchell & Jernigan, LLP <br> 2300 Wells Fargo Capitol Center <br> 150 Fayetteville Street <br> Raleigh, North Carolina 27601 <br> Telephone: (919) 821-1220 <br> Facsimile: (919) 821-6800 <br><br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record on May 15, 2024, via the Court's CM/ECF system.

*/s/ Lindsay M. Nelson*
Lindsay M. Nelson