IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE SCOTTS COMPANY LLC, *et al.*,

    Plaintiffs,

    v.

SBM LIFE SCIENCE CORP.,

    Defendant.

Civil Action 2:23-cv-1541
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Joint Motion to Extend Case Deadlines. (ECF No. 50.) For good cause shown, the Motion is **GRANTED**, and the following case deadlines shall apply:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Close of Fact Discovery | May 31, 2024 | September 30, 2024 |
| Plaintiffs' Settlement Demand | June 7, 2024 | October 7, 2024 |
| Defendant's Response to Settlement Demand | June 21, 2024 | October 21, 2024 |
| Primary Expert Reports | July 15, 2024 | November 12, 2024 |
| Responsive Expert Reports | August 30, 2024 | January 8, 2025 |
| Rebuttal Expert Reports | September 20, 2024 | January 31, 2025 |
| Settlement Conference | September 30, 2024 | February 14, 2025 |
| Complete Discovery | October 25, 2024 | March 7, 2025 |
| Dispositive Motions | December 5, 2024 | April 11, 2025 |

IT IS SO ORDERED.

Date: May 16, 2024

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**